SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:     (617) 994-5801

*Attorneys for Plaintiffs Emmanuel Cornet,
Justine De Caires, Grae Kindel, Alexis Camacho,
and Jessica Pan, on behalf of themselves
and all others similarly situated*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:22-cv-06857-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A PROTECTIVE ORDER**<br><br>BEFORE HON. JAMES DONATO |

1
2
3
4   Pending before the Court is Plaintiffs' Emergency Motion to Shorten Time for Defendant's Response, Dkt. 11. Having read and considered all papers submitted by the parties, and for good cause shown,

5   IT IS ORDERED that the Motion is granted as follows:

6
7   1. Defendant Twitter, Inc. is ordered to respond to Plaintiffs' Emergency Motion for a Protective Order by November 11, 2022.

8
9   2. Plaintiffs are ordered to submit their brief in reply, if any, on or before November 14, 2022.

10
11   3. The hearing on Plaintiffs' Emergency Motion for a Protective Order shall be held on November 15, 2022 at _____ AM/PM.

12
13
14   DATED:_____          _____
                                         Honorable James Donato
15                                       United States District Court Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

1
[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A PROTECTIVE ORDER