LICHTEN & LISS-RIORDAN, P.C.
Shannon Liss-Riordan, Bar No. 310719
sliss@llrlaw.com
Thomas Fowler *(pro hac vice* forthcoming*)*
tfowler@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA  02116
Tel:    +1.617.994.5800
Fax:    +1.617.994.5801

Attorneys for Plaintiffs
EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

Attorneys for Defendant
TWITTER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br> v.<br><br>TWITTER, INC.<br><br>     Defendant. | Case No. 3:22-cv-06857-JD<br><br>**STIPULATION AND [PROPOSED] ORDER ON HEARING DATE AND REPLY BRIEFING ON PLAINTIFFS' EMERGENCY MOTION FOR PROTECTIVE ORDER** |

1  WHEREFORE, pursuant to Northern District Civil Local Rule 6-3 Plaintiffs Emmanuel Cornet, Justine de Caires, Grae Kindel, Alexis Camacho, and Jessica Pan ("Plaintiffs") and Defendant Twitter, Inc. ("Twitter") have met and conferred and submit this Stipulation and [Proposed] Order regarding the hearing date and reply deadline for Plaintiffs' Emergency Motion for a Protective Order.

WHEREAS, on November 9, 2022, Plaintiffs filed their Emergency Motion for a Protective Order (ECF No. 7) ("Motion");

WHEREAS, on November 10, 2022, Plaintiffs filed an Emergency Motion to Shorten Time for the briefing schedule and hearing on their Motion (ECF No. 11);

WHEREAS, on November 14, 2022, the Court issued an order directing Twitter to respond to the Motion by November 21, 2022 (ECF No. 13).

Due to the significant interests and expectations of the employees impacted by the reduction in force, and Twitter's desire to minimize the impacted employees' continued uncertainty regarding the severance they will be offered, Twitter is agreeable to have Plaintiffs' Motion resolved on an expedited schedule.  As a result, the Parties respectfully request that the Court set the following schedule:  Twitter will file its Opposition on November 21, per the Court's order; Plaintiffs will file their reply on November 23; and the Motion will be set for hearing on Tuesday, November 29, or as otherwise convenient for the Court during the week of November 28 to December 2.  If the Court adopts the Parties' proposed schedule in material substance, Twitter will not seek releases until after the Motion is heard and decided.

Dated:  November 16, 2022            LICHTEN & LISS-RIORDAN, PC

                                     By: /s/ Shannon Liss-Riordan
                                         Shannon Liss-Riordan
                                         Thomas Fowler
                                         Attorneys for Plaintiffs
                                         EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated

Dated: November 16, 2022            MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Eric Meckley*  
Eric Meckley  
Brian D. Berry  
Attorneys for Defendant  
TWITTER, INC.

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content and have authorized the filing.

DATED: November 16, 2022            MORGAN, LEWIS & BOCKIUS LLP

By: */s/Eric Meckley*  
Eric Meckley

Attorneys for Defendant  
TWITTER, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____            _____  
The Honorable James Donato  
United States District Judge