1  MORGAN, LEWIS & BOCKIUS LLP
   Eric Meckley, Bar No. 168181
2  eric.meckley@morganlewis.com
   Brian D. Berry, Bar No. 229893
3  brian.berry@morganlewis.com
   One Market
4  Spear Street Tower
   San Francisco, CA  94105-1596
5  Tel:    +1.415.442.1000
   Fax:   +1.415.442.1001
6
7  Attorneys for Defendant
   TWITTER, INC.
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 | EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated, | Case No. 3:22-cv-06857-JD
14 |   | **DEFENDANT TWITTER, INC.'S NOTICE OF APPEARANCE OF BRIAN D. BERRY**
15 |   |
16 |         Plaintiffs, |
17 | vs. |
18 | TWITTER, INC., |
19 |         Defendant. |

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

TWITTER'S NOTICE OF APPEARANCE OF
BRIAN D. BERRY
CASE NO. 3:22-CV-06857-JD

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

I, Brian D. Berry of Morgan, Lewis & Bockius LLP, hereby appear as an additional attorney of record, together with the other attorney of record, on behalf of Defendant TWITTER, INC. ("Defendant") in the above-captioned action. I am a member of the State Bar of California and admitted to practice in the Northern District of California. My address, telephone and facsimile numbers, and e-mail address are below. Defendant requests that I be added to the docket and that e-mail notifications be sent to the email address below.

> Brian D. Berry, Bar No. 229893
> MORGAN, LEWIS & BOCKIUS, LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105-1596
> Tel:   +1.415.442.1000
> Fax:   +1.415.442.1001
> Email: brian.berry@morganlewis.com

Dated: November 21, 2022                         MORGAN, LEWIS & BOCKIUS LLP


By  */s/ Brian D. Berry*
Eric Meckley
Brian D. Berry
Attorneys for Defendant
TWITTER, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

TWITTER'S NOTICE OF APPEARANCE OF
BRIAN D. BERRY
CASE NO. 3:22-CV-06857-JD