| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | Eric Meckley, Bar No. 168181<br>eric.meckley@morganlewis.com |
| 3 | Brian D. Berry, Bar No. 229893<br>brian.berry@morganlewis.com |
| 4 | One Market, Spear Street Tower<br>San Francisco, CA  94105 |
| 5 | Tel:     +1.415.442.1000<br>Fax:    +1.415.442.1001 |
| 6 | Attorneys for Defendant |
| 7 | TWITTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:22-cv-06857-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS CLASS CLAIMS** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW

Case No. 3:22-cv-06857-JD
[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS CLASS CLAIMS

**[PROPOSED] ORDER**

Defendant Twitter, Inc.'s Motion to Compel Individual Arbitration and Dismiss Class Claims came on for hearing on December 29, 2022, the Honorable James Donato presiding. The Parties were represented by their respective counsel of record. This Court, having considered the briefing and arguments submitted by the parties, and good cause appearing therefore, hereby **GRANTS** Defendant Twitter, Inc.'s Motion to Compel Individual Arbitration and Dismiss Class Claims.

**THEREFORE, IT IS ORDERED** as follows:

1. Plaintiffs are hereby ordered to submit their individual claims to binding arbitration individually.

2. Plaintiffs' class action claims are dismissed.

3. Plaintiffs' lawsuit is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: _____, 2022

_____
HONORABLE JAMES DONATO
United States District Judge