1  MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
2  eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
3  brian.berry@morganlewis.com
One Market, Spear Street Tower
4  San Francisco, CA  94105
Tel:    +1.415.442.1000
5  Fax:   +1.415.442.1001

6  Attorneys for Defendant
TWITTER, INC.

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  EMMANUEL CORNET, JUSTINE DE          Case No. 3:22-cv-06857-JD
CAIRES, GRAE KINDEL, ALEXIS
13  CAMACHO, AND JESSICA PAN, on behalf of
themselves and all others similarly situated,
14                                      **[PROPOSED] ORDER GRANTING
Plaintiffs,                           DEFENDANT TWITTER, INC.'S
15                                      ADMINISTRATIVE MOTION TO
v.                                    SHORTEN TIME ON DEFENDANT'S
16                                      MOTION TO COMPEL ARBITRATION
TWITTER, INC.                         AND STRIKE CLASS CLAIMS**
17
Defendant.
18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

This Court, having considered the papers submitted by the parties in support of and opposition to Defendant Twitter, Inc.'s Rule 6-3 Administrative Motion to Shorten Time On Defendant's Motion to Compel Arbitration and Strike Class Claims (the "Motion"), and good cause appearing therefore, hereby **GRANTS** the Motion and **ORDERS** as follows:

1.      Plaintiffs' Opposition to Defendant's Motion to Compel Arbitration and Strike Class Claims is due on December 2, 2022.

2.      Defendant's reply in support of Defendant's Motion to Compel Arbitration and Strike Class Claims is due on December 6, 2022 by 1:00 p.m.

3.      Defendant's Motion to Compel Arbitration and Strike Class Claims shall be heard on December 8, 2022 at 3:00 p.m.

**IT IS SO ORDERED**.

Dated: _____

_____

HONORABLE JAMES DONATO
United States District Judge