1  MORGAN, LEWIS & BOCKIUS LLP
   Eric Meckley, Bar No. 168181
2  eric.meckley@morganlewis.com
   Brian D. Berry, Bar No. 229893
3  brian.berry@morganlewis.com
   One Market, Spear Street Tower
4  San Francisco, CA  94105
   Tel:    +1.415.442.1000
5  Fax:    +1.415.442.1001

6  Attorneys for Defendant
   TWITTER, INC.
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | EMMANUEL CORNET, JUSTINE DE         | Case No. 3:22-cv-06857-JD
   | CAIRES, GRAE KINDEL, ALEXIS         |
13 | CAMACHO, AND JESSICA PAN, on behalf of | **DEFENDANT TWITTER, INC.'S**
   | themselves and all others similarly situated, | **REQUEST FOR JUDICIAL NOTICE**
14 |                                     | **IN SUPPORT OF OPPOSITION TO**
   |              Plaintiffs,            | **PLAINTIFFS' EMERGENCY**
15 |                                     | **MOTION FOR A PROTECTIVE**
   |         v.                          | **ORDER**
16 |                                     |
   | TWITTER, INC.                       | Date:   December 8, 2022
17 |                                     | Time:   3 p.m.
   |              Defendant.             | Judge:  Hon. James Donato
18

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT'S REQUEST
FOR JUDICIAL NOTICE
CASE NO. 3:22-CV-06857-JD

In accordance with Federal Rule of Evidence 201, Twitter, Inc. ("Twitter" or "Defendant") respectfully requests that this Court take judicial notice of the documents described below and attached as Exhibits to this Request for Judicial Notice.

Federal Rule of Evidence Section 201 ("Rule 201") allows a court to take judicial notice of facts that are "not subject to reasonable dispute" because they are either (1) "generally known within the trial court's territorial jurisdiction" or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. § 201(b). The Court "must take judicial notice if a party request it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Public and government records taken from official websites whose accuracy cannot reasonably be questioned are subject to judicial notice. *Brulee v. Geico Insurance Agency Inc*. No. 19 (E.D. Cal July 19, 2018) (citing *O'Toole v. Northrop Grumman Corp.,* 499 F.3d 1218, 1225 (10th Cir. 2007) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web"); *Denius v. Dunlap,* 330 F.3d 919, 926-27 (7th Cir. 2003) (taking judicial notice of information on the website of a government agency); *United States ex rel. Dingle v. BioPort Corp.,* 270 F.Supp.2d 968, 972 (W.D. Mich. 2003) ("government documents are generally considered not to be subject to reasonable dispute…This includes public records and government documents available from reliable sources on the Internet.").

Pursuant to these guidelines, Twitter requests that the Court take judicial notice of the following documents:

**Exhibit A:** Attached as Exhibit "A" is a true and correct copy of the Agreement & Plan of Merger ("Merger Agreement") between Twitter, Inc. and X Holdings I, Inc. and X Holdings II, Inc.  This document was obtained on today's date from the online EDGAR database maintained by the United States Securities & Exchange Commission, which may be found, in its entirety, at the following website:

https://www.sec.gov/Archives/edgar/data/1418091/000119312522120474/d310843ddefa14a.htm

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

2

DEFENDANT'S REQUEST
FOR JUDICIAL NOTICE
CASE NO. 3:22-CV-06857-JD

**Exhibit B:** Attached as Exhibit "B" is a true and correct copy of a tweet[1] written by Emmanuel Cornet, one of the named plaintiffs in this case. This document was obtained on today's date from a review of publicly available information. This tweet may be found, in its entirety, at the following website:

https://twitter.com/lmanul/status/1587601005251743745?lang=en

**Exhibit C:** Attached as Exhibit "C" are true and correct copies of several articles written containing interviews that Plaintiffs' Counsel gave regarding this case (C-1 through C-10). These documents were obtained on today's date from a review of publicly available information. The attached articles may be found, in their entirety, at the following websites:

1. Anne Cullen, Law360 *Twitter Tumult Shows Risk of Overlooking Pandemic's Impact* (Nov. 18, 2022 9:17 PM EST)
   - Twitter Tumult Shows Risk Of Overlooking Pandemic's Impact - Law360
2. Grace Dean, *Business Insider, Laid-off Twitter Employees Claim in a Lawsuit that the Company 'Persuaded' Them Not to Look for New Jobs in the Run-Up to Elon Musk's Takeover.* (Nov. 11, 2022 11:09 AM)
   - https://www.businessinsider.com/elon-musk-twitter-deal-lay-staff-job-hunt-severance-package-2022-11
3. Matthew Loh, Business Insider, *Elon Musk Failed to Give Laid-Off Twitter Employees Previously Promised Severance Packages, Lawsuit Alleges.* (Nov. 11, 2022 1:57 AM)
   - https://www.businessinsider.com/elon-musk-twitter-failed-give-promised-severance-laid-off-lawsuit-2022-11
4. Liz Jassin, NewsNation, *Lawyer: Musk Broke Promises to Fired Twitter Employees.* (Nov. 10, 2022 9:29 PM).
   - https://www.newsnationnow.com/cuomo-show/lawyer-musk-broke-promises-to-fired-twitter-employees/

---

[1] A "tweet" is a short, electronic message published by a user on the social media platform Twitter.com.

5. Beverly Banks, Law360, *Ex-Twitter Workers Seek Protective Order From Releases*. (Nov. 10, 2022 8:56 PM)
   - https://www.law360.com/employment-authority/other/articles/1548731/ex-twitter-workers-seek-protective-order-from-releases

6. Ashley Belanger, Ars Technica, *Twitter Offering Some Laid-Off Staff Only Half What They're Owed, Lawsuit Says*. (Nov. 9, 2022 2:11 PM).
   - https://arstechnica.com/tech-policy/2022/11/twitter-offering-some-laid-off-staff-only-half-what-theyre-owed-lawsuit-says/

7. Ryan Mancini, MassLive, *55 Twitter Employees Lose Jobs in Boston as Part of Company-Wide Layoffs*. (Nov. 7, 2022 3:07 PM).
   - https://www.masslive.com/boston/2022/11/55-twitter-employees-lose-jobs-in-boston-as-part-of-company-wide-layoffs.html

8. Jana Katsuyama, KTVU, *Twitter Lays Off 784 Employees at SF Headquarters, as Former Employees File Lawsuit.* (Nov. 5, 2022)
   - https://www.ktvu.com/news/twitter-lays-off-784-employees-at-sf-headquarters-as-former-employees-file-lawsuit

9. Josh Eidelson, Bloomberg Law, *Lawyer Suing Twitter Over Layoffs Says Musk Trying to Comply*. (Nov. 4, 2022 9:43 PM).
   - https://www.bloomberglaw.com/bloomberglawnews/us-law-week/X9J2PKES000000?bna_news_filter=us-law-week#jcite

10. WCVB Channel 5, *Boston Attorney Files Lawsuit on Behalf of Twitter Employees Facing Layoffs*. (Nov. 4, 2022 5:04 PM)
    - https://www.wcvb.com/article/boston-attorney-files-lawsuit-on-behalf-of-twitter-employees-facing-layoffs/41865120

| | | |
|---|---|---|
| 1 | Dated: November 21, 2022 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | By: */s/ Eric Meckley* |
| 3 | | Eric Meckley<br>Brian Berry |
| 4 | | Ashlee Cherry<br>Attorneys for Defendant |
| 5 | | Twitter, Inc. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEFENDANT'S REQUEST
FOR JUDICIAL NOTICE
CASE NO. 3:22-CV-06857-JD