UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emmanuel Cornet, et al.         ,<br><br>Plaintiff(s),<br><br>v.<br><br>Twitter, Inc.                          ,<br><br>Defendant(s). | Case No. 3:22-cv-06857-JD<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, <u>Thomas Cullen Wallace</u>, an active member in good standing of the bar of <u>The State of Texas</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>Twitter, Inc.</u> in the above-entitled action. My local co-counsel in this case is <u>Eric Meckley</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>168181</u>.

| | |
|---|---|
| <u>1000 Louisiana St. 4000, Houston, TX 77002</u><br>MY ADDRESS OF RECORD | <u>One Market, Spear St. Tower, SF, CA 94105</u><br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| <u>(713) 890-5000</u><br>MY TELEPHONE # OF RECORD | <u>(415) 442-1000</u><br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| <u>cullen.wallace@morganlewis.com</u><br>MY EMAIL ADDRESS OF RECORD | <u>eric.meckley@morganlewis.com</u><br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>24072412</u>.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court <u>0</u> times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>November 22, 2022</u>              <u>Thomas Cullen Wallace</u>
                                             APPLICANT

---

## ORDER GRANTING APPLICATION

## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Thomas Cullen Wallace</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Thomas Cullen Wallace, Federal ID No 1383060

Admission date: May, 3, 2012

Dated November 22, 2022, at Houston, Texas.

*Nathan Ochsner*

Nathan Ochsner, Clerk of Court

By: Heather McCalip, Deputy Clerk

