SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiffs Emmanuel Cornet, Justine De Caires, Grae Kindel, Alexis Camacho, and Jessica Pan, on behalf of themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, and JESSICA PAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:22-cv-06857<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

|   |   |
|---|---|
| 1 | |
| 2 | The Motion for Leave to File a Second Amended Complaint is GRANTED. After |
| 3 | consideration of the briefs and argument of counsel, the Court grants the Motion for Leave to |
| 4 | File a Second Amended Complaint for the following reasons: |
| 5 | 1. Plaintiffs have offered sufficient grounds for amending the complaint; |
| 6 | 2. The interests of justice require that Plaintiffs be permitted to amend the complaint. |
| 7 | Plaintiffs shall file the Second Amended Complaint within seven (7) calendar days following this |
| 8 | Order. |
| 9 | |
| 10 | IT IS SO ORDERED. |
| 11 | |
| 12 | Date: _____          _____ |
| 13 | HON. JAMES DONATO |