| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | Eric Meckley, Bar No. 168181 |
| 2 | eric.meckley@morganlewis.com |
| | Brian D. Berry, Bar No. 229893 |
| 3 | brian.berry@morganlewis.com |
| | One Market, Spear Street Tower |
| 4 | San Francisco, CA 94105 |
| | Tel:    +1.415.442.1000 |
| 5 | Fax:   +1.415.442.1001 |
| 6 | Attorneys for Defendant |
| | TWITTER, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:22-cv-06857-JD<br><br>**DEFENDANT TWITTER, INC.'S OBJECTION AND REQUEST TO STRIKE PLAINTIFFS' REPLY BRIEF** |

## I. ARGUMENT

This Court has published a "STANDING ORDER FOR CIVIL CASES BEFORE JUDGE JAMES DONATO" ("Standing Order"), available on the Court's webpage at: https://www.cand.uscourts.gov/wp-content/uploads/judges/donato-jd/JD_Standing-Order-For-Civil-Cases-Before-Judge-Donato.pdf. Twitter assumes the Court published its Standing Order with the intent that parties in civil matters comply with its requirements. To that end, the Standing Order states: "Counsel are required to read and comply with this order, this Court's Standing Orders for Discovery in Civil Cases and Civil Jury Trials, and the Northern District's Civil Local Rules." The Standing Order also states, in pertinent part, as follows:

> 18. **Except for summary judgment and class certification motions, opening and opposition briefs may not exceed 15 pages, and reply briefs may not exceed 10 pages**. For summary judgment and class certification motions, opening and opposition briefs may not exceed 25 pages, and reply briefs may not exceed 15 pages. (bold emphasis in original).

Plaintiffs violated the Court's Order by filing a **15-page** Reply brief in support of their Motion for Protective Order. ECF No. 30. Twitter has strictly adhered to the Court's rules; Plaintiffs have not -- repeatedly.[1] The five full pages of argument in Plaintiffs' Reply beyond the 10 pages authorized by the Court should be stricken and disregarded entirely by the Court. Otherwise, Twitter would be unfairly prejudiced by its efforts to follow the Court's rules while at the same time Plaintiffs would reap the benefits of their repeated failures to comply.

Dated: November 23, 2022                     MORGAN, LEWIS & BOCKIUS LLP

By       /s/ Eric Meckley
         Eric Meckley
         Brian D. Berry

         Attorneys for Defendant
         TWITTER, INC.

---

[1] Plaintiffs violated Northern District of California, Civil Local Rule 6-3(b)'s 5-page limit on briefs related to motions to change time by filing a **7-page** opposition to Twitter's motion to change time. *See* ECF No. 24. In addition, Plaintiffs' original Motion was **18 pages** long. *See* ECF No. 7. While it is true that Plaintiffs filed this Motion prior to the case be reassigned to the Honorable Judge Donato, Defendant Twitter nonetheless still had to comply with this Court's shorter 15-page limit when filing its opposition to the 18-page motion.