SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiffs Emmanuel Cornet,
Justine De Caires, Grae Kindel, Alexis Camacho,
and Jessica Pan, on behalf of themselves
and all others similarly situated*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:22-cv-06857-JD<br><br>**PLAINTIFFS' RESPONSE TO TWITTER'S OBJECTION AND REQUEST TO STRIKE PLAINTIFFS' REPLY BRIEF**<br><br>BEFORE HON. JAMES DONATO |

PLAINTIFFS' RESPONSE TO TWITTER'S OBJECTION AND REQUEST TO STRIKE TWITTER'S
REPLY BRIEF

Plaintiffs apologize for overlooking the Court's Standing Order regarding the page limit for reply briefs. While counsel were in compliance with the page limit set by Rule 7-3(c) of the Local Rules of the Northern District of California, they inadvertently failed to realize that the Court's Standing Order shortened the page limits set forth in Local Rule 7-3.

Plaintiffs respectfully request *ex post facto* that the Court permit them to submit their fifteen-page reply brief given the important and complex issues discussed in the brief. Should the Court afford Plaintiffs that relief, Plaintiffs would agree that Twitter should be given leave to submit a five-page sur-reply brief so that Twitter will not be prejudiced.

Respectfully submitted,

EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,

By their attorneys,

  /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Thomas Fowler (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com; tfowler@llrlaw.com

# CERTIFICATE OF SERVICE

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel of record for Defendant Twitter, Inc., on November 24, 2022, via filing on the Court's CM/ECF system.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan