SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiffs Emmanuel Cornet, Justine De Caires, Grae Kindel, Alexis Camacho, and Jessica Pan, on behalf of themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:22-cv-06857-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR THE COURT TO HEAR PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TOGETHER WITH THEIR EMERGENCY MOTION FOR PROTECTIVE ORDER**<br><br>N.D. Cal. Civil Local Rule 6-3<br><br>ACTION FILED: November 3, 2022 |

Plaintiffs hereby respectfully request, pursuant to Local Rule 6-3, that their Motion for Leave to File Second Amended Complaint (Dkt. 28) be heard to together with their Emergency Motion for a Protective Order (Dkt. 7) on December 8, 2022, at 3:00 PM PST.

Plaintiffs filed their Motion for Leave to File Second Amended Complaint (Dkt. 28) on November 23, 2022. As Plaintiffs explained in their Reply in Support of their Emergency Motion for a Protective Order (Dkt. 30 at 2, 5-6), Twitter has argued that the Emergency Motion should be denied because the claims in the case should be compelled to arbitration. While Plaintiffs disagree that the possibility that claims may be ultimately compelled to arbitration should have any bearing on the appropriateness of the Court granting the protective order that they have sought, in order to mitigate this issue, Plaintiffs have sought to amend their complaint to add named plaintiffs who opted out of Twitter's arbitration agreement. See Proposed Second Amended Complaint, Dkt. 28-1. With these plaintiffs added to the case, there is no question that the entire case would be disposed of through an order compelling arbitration.

As such, Plaintiffs submit that the Court should hear both of Plaintiffs' pending motions together. Moreover, because this case is at such an early stage, Plaintiffs submit that amendment should be freely granted.

Plaintiffs have conferred with Twitter regarding whether it will assent to their motion to amend, but Twitter has not yet indicated whether or not it will assent.

1

PLAINTIFFS' ADMINISTRATIVE MOTION FOR THE COURT TO HEAR PLAINTIFFS' MOTION
FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TOGETHER WITH
THEIR MOTION FOR PROTECTIVE ORDER

Respectfully submitted,

EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,

By their attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Thomas Fowler (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com; tfowler@llrlaw.com

Dated:      November 30, 2022

## CERTIFICATE OF SERVICE

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy was served on all counsel of record for Defendant on November 30, 2022, via filing on the Court's CM/ECF system.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

2

PLAINTIFFS' ADMINISTRATIVE MOTION FOR THE COURT TO HEAR PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TOGETHER WITH THEIR MOTION FOR PROTECTIVE ORDER