```
 1   SHANNON LISS-RIORDAN (SBN 310719)
     (sliss@llrlaw.com)
 2   THOMAS FOWLER (pro hac vice forthcoming)
     (tfowler@llrlaw.com)
 3   LICHTEN & LISS-RIORDAN, P.C.
     729 Boylston Street, Suite 2000
 4   Boston, MA 02116
     Telephone:    (617) 994-5800
 5   Facsimile:    (617) 994-5801
 6
 7   Attorneys for Plaintiffs Emmanuel Cornet,
     Justine De Caires, Grae Kindel, Alexis Camacho,
 8   and Jessica Pan, on behalf of themselves
     and all others similarly situated
 9
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, AND JESSICA PAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:22-cv-06857-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR THE COURT TO HEAR PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TOGETHER WITH THEIR MOTION FOR PROTECTIVE ORDER**<br><br>BEFORE HON. JAMES DONATO |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR THE COURT TO HEAR PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TOGETHER WITH THEIR MOTION FOR PROTECTIVE ORDER

Pending before the Court is Plaintiffs' Motion for the Court to Hear Plaintiffs' Motion for Leave to File Second Amended Complaint together with their Motion for Protective Order. Having read and considered all papers submitted by the parties, and for good cause shown,

IT IS ORDERED that the Motion is granted as follows:

1. Plaintiffs' Motion for Leave to File Second Amended Complaint will be heard together with Plaintiffs' Emergency Motion for a Protective Order on December 8, 2022, at 3:00 PM PST.

DATED:_____                    _____
                                          Honorable James Donato
                                          United States District Court Judge