# EXHIBIT D



November 4, 2022

**Twitter, Inc.**
1355 Market St #900
San Francisco, CA 94103

**peoplequestions**@twitter.com

*Sent via Email to All US Tweeps Impacted by Workforce Reduction*

**Re:   Notice of Workforce Reduction at Twitter, Inc.**

In an effort to place the Company on a healthy path, Twitter, Inc. will be conducting a workforce reduction. As you know from the email you received via your personal email account, your last working day will be today, but you will continue to be paid and receive company benefits through your separation date, which we expect to be on January 4, 2023 (except NYC office-based employees who have a separation date of February 2, 2023).* No affected employees will have bumping rights. All of the workforce reductions are expected to be permanent.

This notice is provided to you in accordance with the Worker Adjustment Retraining Notification Act, 29 U.S.C. § 2101 et. seq. ("WARN Act") and applicable state law. While it is not clear at this time whether the WARN Act or similar state law applies to you or to the layoff described in this notice, and the Company does not concede that it does, we are giving you this notice to comply with any applicable legal obligations the Company may have.

- **California employees**: If you have lost your job or been laid off temporarily, you may be eligible for Unemployment Insurance (UI). More information on UI and other resources available for workers is available at labor.ca.gov.

- **New York employees**: You are also hereby notified that, as a result of your employment loss, you may be eligible to receive job retraining, re-employment services, or other assistance with obtaining new employment from the New York State Department of Labor or its workforce partners upon your termination. You may also be eligible for unemployment insurance benefits after your last day of employment. Whenever possible, the New York State Department of Labor will contact your employer to arrange to provide additional information regarding these benefits and services to you through workshops, interviews, and other activities that will be scheduled prior to the time your employment ends. If your job has already ended, you can also access reemployment information and apply for unemployment insurance benefits on the Department's website (dol.ny.gov) or you may use the contact information provided on the website or visit one of the Department's local offices for further information and assistance.
    - *\*Please note: Employees with a* **New York City Office** *work location will have a separation date of February 2, 2023 in order to comply with the 90 day notice period required by the New York State Worker Adjustment and Retraining Notification (WARN) Act due to the "mass layoff" at that site.*

- **All other US employees**: More information on Unemployment Insurance benefits and other resources may be available on your state's department of labor website.

We wish you all the best,
Twitter Human Resources



November 18, 2022

**Twitter, Inc.**
1355 Market St #900
San Francisco, CA 94103

**peoplequestions**@twitter.com

*Sent via Email to All US Tweeps Resigning From Twitter November 18, 2022*

In an effort to place the Company on a healthy path, Twitter, Inc. has been conducting a workforce reduction since November 4, 2022. Twitter has also offered employees a chance to indicate whether they wish to remain with the company as it moves forward. According to our records, you have indicated that you do not wish to move forward with Twitter at this time.

This notice serves to notify you that, your last working day will be today, but you will continue to be paid and receive company benefits through your separation date, which we expect to be on January 20, 2023 (except NYC office-based employees who have a separation date of February 17, 2023 per local legal requirements).* No affected employees will have bumping rights. All of the workforce reductions are expected to be permanent.

Because you have selected not to continue your employment, you are considered to have resigned your employment. Nevertheless, this notice is provided to you in accordance with the Worker Adjustment Retraining Notification Act, 29 U.S.C. § 2101 et. seq. ("WARN Act") and applicable state law. While we do not believe the WARN Act or similar state law applies to you based on these circumstances, and the Company does not concede that it does, we are giving you this notice to comply with any applicable legal obligations the Company may have.

- **California employees**: If you have lost your job or been laid off temporarily, you may be eligible for Unemployment Insurance (UI). More information on UI and other resources available for workers is available at labor.ca.gov.

- **New York employees**: You are also hereby notified that, as a result of your employment loss, you may be eligible to receive job retraining, re-employment services, or other assistance with obtaining new employment from the New York State Department of Labor or its workforce partners upon your termination. You may also be eligible for unemployment insurance benefits after your last day of employment. Whenever possible, the New York State Department of Labor will contact your employer to arrange to provide additional information regarding these benefits and services to you through workshops, interviews, and other activities that will be scheduled prior to the time your employment ends. If your job has already ended, you can also access reemployment information and apply for unemployment insurance benefits on the Department's website (dol.ny.gov) or you may use the contact information provided on the website or visit one of the Department's local offices for further information and assistance.

    - *\*Please note: Employees with a **New York City Office** work location will receive a 90 day notice period (New York State Worker Adjustment and Retraining Notification (WARN) Act).*

- **All other US employees**: More information on Unemployment Insurance benefits and other resources may be available on your state's department of labor website.

We wish you all the best,
Twitter Human Resources

# Seattle

https://fortress.wa.gov/esd/file/warn/Public/SearchWARN.aspx



# New York

https://dol.ny.gov/system/files/documents/2022/11/warn-twitter-nyc-2022-0050-11-8-2022_0.pdf

NEW YORK STATE DEPARTMENT OF LABOR
OFFICE OF DISLOCATED WORKERS PROGRAM

Save Attachments

Date of Notice: 11/4/2022

Event Number: 2022-0050

Rapid Response Specialist: Stuart Goldberg

Reason Stated for Filing: Plant Layoff

Company:
Twitter, Inc.
249 W. 17th St.
New York, NY 10011

County: New York | WDB Name: NEW YORK CITY | Region: New York City

Contact: -----

Email: WARNnotices@twitter.com

Business Type: American communications company

Number Affected: 418

Total Employees: ----

Layoff Date: The business will be permanently separating 418 employees assigned to the 249 W. 17th St. site beginning February 2, 2023.

Closing Date: ----

Reason for Dislocation: Economic

FEIN NUM: ----

Union: The employees are not represented by a union.

Classification: Plant Layoff