MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:  +1.415.442.1000
Fax:  +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:  +1.650.843.4000
Fax:  +1.650.843.4001

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, AND BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:22-cv-06857-JD<br><br>**[PROPOSED] ORDER DENYING RELATIONSHIP BETWEEN *CORNET, ET AL. V. TWITTER, INC.* AND *RODRIGUEZ V. TWITTER, INC. AND PRO UNLIMITED, INC.*** |

Case No. 3:22-cv-06857-JD

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER DENYING RELATIONSHIP BETWEEN CORNET, ET AL. V. TWITTER, INC. AND RODRIGUEZ V. TWITTER, INC. AND PRO UNLIMITED, INC.

# [PROPOSED] ORDER

This Court, having considered the Referral for Purpose of Determining Relationship signed by Judge Trina L. Thompson and Defendant Twitter, Inc.'s opposition thereto, and good cause appearing therefore, hereby **ORDERS** as follows:

1. *Francisco Rodriguez v. Twitter, Inc., et al.*, Case No. 3:22-cv-07222-TLT, and *Emmanuel Cornet, et al. v. Twitter, Inc.*, Case No. 3:22-cv-06857-JD, do not satisfy the definition of "related cases" set forth in Civil Local Rule 3-12(a) and will not be designated as "related" by the Court.

2. There shall be no changes in the current case assignments.

**IT IS SO ORDERED**.

Dated: _____

HONORABLE JAMES DONATO
United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys at Law

- 1 -    Case No. 3:22-cv-06857-JD

[PROPOSED] ORDER DENYING RELATIONSHIP BETWEEN CORNET, ET AL. V. TWITTER, INC. AND RODRIGUEZ V. TWITTER, INC. AND PRO UNLIMITED, INC.