| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | Eric Meckley, Bar No. 168181<br>eric.meckley@morganlewis.com |
| 3 | Brian D. Berry, Bar No. 229893<br>brian.berry@morganlewis.com |
| 4 | Kassia Stephenson, Bar No. 336175<br>kassia.stephenson@morganlewis.com |
| 5 | One Market, Spear Street Tower<br>San Francisco, CA  94105-1596 |
| 6 | Tel:     +1.415.442.1000<br>Fax:     +1.415.442.1001 |
| 7 | MORGAN, LEWIS & BOCKIUS LLP |
| 8 | Ashlee N. Cherry, Bar No. 312731<br>ashlee.cherry@morganlewis.com |
| 9 | 1400 Page Mill Road<br>Palo Alto, CA  94304 |
| 10 | Tel:     +1.650.843.4000<br>Fax:     +1.650.843.4001 |
| 11 | Attorneys for Defendant |
| 12 | TWITTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, AND BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:22-cv-06857-JD<br><br>**DEFENDANT TWITTER, INC.'S NOTICE OF APPEARANCE OF KASSIA STEPHENSON** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

TWITTER'S NOTICE OF APPEARANCE OF
KASSIA STEPHENSON
CASE NO. 3:22-CV-06857-JD

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

I, Kassia Stephenson of Morgan, Lewis & Bockius LLP, hereby appear as an additional attorney of record, together with the other attorney of record, on behalf of Defendant TWITTER, INC. ("Defendant") in the above-captioned action. I am a member of the State Bar of California and admitted to practice in the Northern District of California. My address, telephone and facsimile numbers, and e-mail address are below. Defendant requests that I be added to the docket and that e-mail notifications be sent to the email address below.

> Kassia Stephenson, Bar No. 336175
> MORGAN, LEWIS & BOCKIUS, LLP
> One Market, Spear Street Tower
> San Francisco, CA  94105-1596
> Tel:   +1.415.442.1000
> Fax:   +1.415.442.1001
> Email:  kassia.stephenson@morganlewis.com

Dated: February 6, 2023              MORGAN, LEWIS & BOCKIUS LLP


By   /s/ Kassia Stephenson
    Eric Meckley
    Brian D. Berry
    Ashlee N. Cherry
    Kassia Stephenson
    Attorneys for Defendant
    TWITTER, INC.