MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, AND BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:22-cv-06857-JD<br><br>**DEFENDANT TWITTER, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION PURSUANT TO LOCAL RULE 3-15** |

1  Pursuant to Northern District of California Civil Local Rule 3-15 and Rule 7.1 of the
2  Federal Rules of Civil Procedure, Defendant Twitter, Inc. ("Twitter"), by and through its counsel,
3  certifies that Defendant Twitter, Inc. is wholly owned by X Holdings I, Inc., a privately held
4  corporation.  No publicly held corporation owns 10% or more of Twitter's stock.
5  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no
6  conflict or interest (other than the named parties) to report.

Dated:  February 7, 2023          MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Eric Meckley
    Eric Meckley
    Brian D. Berry
    Ashlee N. Cherry
    Kassia Stephenson
    Attorneys for Defendant
    TWITTER, INC.

DB2/ 45098839.1