ADRMOP,CLOSED,RELATE,TRANSF

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:22−cv−06857−JD

Cornet et al v. Twitter, Inc.

Assigned to: Judge James Donato

Relate Case Case:   3:22−cv−07222−JD

Cause: 05:704 Labor Litigation

Date Filed: 11/03/2022

Date Terminated: 04/19/2023

Jury Demand: Plaintiff

Nature of Suit: 790 Labor: Other

Jurisdiction: Federal Question

**Plaintiff**

**Emmanuel Cornet**                                      represented by    **Shannon Liss−Riordan**
                                                                          Lichten & Liss−Riordan, P.C.
                                                                          729 Boylston Street, Suite 2000
                                                                          Boston, MA 02116
                                                                          (617) 994−5800
                                                                          Fax: (617) 994−5801
                                                                          Email: sliss@llrlaw.com
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justine De Caires**                                    represented by    **Shannon Liss−Riordan**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grae Kindel**                                          represented by    **Shannon Liss−Riordan**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexis Camacho**                                       represented by    **Shannon Liss−Riordan**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Pan**                                          represented by    **Shannon Liss−Riordan**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily Kim**                                            represented by    **Shannon Liss−Riordan**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miguel Andres Barreto**                                represented by    **Shannon Liss−Riordan**
                                                                          (See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brett Menzies Folkins**                    represented by   **Shannon Liss–Riordan**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Twitter, Inc.**                            represented by   **Eric Meckley**
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105–1596
(415) 442–1000
Fax: (415) 442–1001
Email: emeckley@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashlee Nicole Cherry**
Morgan, Lewis & Bockius LLP
1400 Page Mill Road
Palo Alto, CA 94304
650–843–4000
Fax: 650–843–4001
Email: ashlee.cherry@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Brian D, Berry**
Morgan, Lewis & Bockius LLP
One Market Spear Street Tower
San Francisco, CA 94105
(415) 442–1176
Fax: (415) 442–1001
Email: brian.berry@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Kassia Ann Stephenson**
Morgan, Lewis and Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105
United Sta
415–442–1000
Fax: 415–442–1001
Email: kassia.stephenson@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Thomas Cullen Wallace**
Philadelphia
1000 Louisiana Street
Ste 4000

Houston, TX 77002
713–890–5722
Fax: 713–890–5001
Email: cullen.wallace@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2022 | Ï 1 | COMPLAINT against Twitter, Inc. ( Filing fee $ 402, receipt number ACANDC–17697119.). Filed by Jessica Pan, Grae Kindel, Justine De Caires, Emmanuel Cornet, Alexis Camacho. (Attachments: # 1 Civil Cover Sheet)(Liss–Riordan, Shannon) (Filed on 11/3/2022) Modified on 11/4/2022 (kmg, COURT STAFF). (Entered: 11/03/2022) |
| 11/03/2022 | Ï 2 | Proposed Summons. (Liss–Riordan, Shannon) (Filed on 11/3/2022) (Entered: 11/03/2022) |
| 11/03/2022 | Ï 4 | Summons Issued as to Twitter, Inc.. (kmg, COURT STAFF) (Filed on 11/3/2022) (Entered: 11/04/2022) |
| 11/03/2022 | Ï 5 | **Initial Case Management Scheduling Order with ADR Deadlines: This case may fall within the Initial Discovery Protocols for Employment Cases Alleging Adverse Action. See General Order 71. Parties and Counsel are directed to review General Order 71 to determine whether it applies to this case, and to comply with that General Order if applicable. Case Management Statement due by 1/30/202 3. Initial Case Management Conference set for 2/6/2023 01:30 PM in San Francisco, Courtroom C, 15th Floor. (kmg, COURT STAFF) (Filed on 11/3/2022) (Entered: 11/04/2022)** |
| 11/04/2022 | Ï 3 | Case assigned to Magistrate Judge Sallie Kim. <br><br> Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E–Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. <br><br> Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 11/18/2022. (mbc, COURT STAFF) (Filed on 11/4/2022) (Entered: 11/04/2022) |
| 11/08/2022 | Ï 6 | FIRST AMENDED CLASS ACTION COMPLAINT AND JURY DEMAND against Twitter, Inc.. Filed by Jessica Pan, Grae Kindel, Justine De Caires, Emmanuel Cornet, Alexis Camacho. (Liss–Riordan, Shannon) (Filed on 11/8/2022) (Entered: 11/08/2022) |
| 11/09/2022 | Ï 7 | Emergency MOTION for Protective Order filed by Alexis Camacho, Emmanuel Cornet, Justine De Caires, Grae Kindel, Jessica Pan. Responses due by 11/23/2022. Replies due by 11/30/2022. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order)(Liss–Riordan, Shannon) (Filed on 11/9/2022) Modified on 11/10/2022 (kmg, COURT STAFF). (Entered: 11/09/2022) |
| 11/10/2022 | Ï 8 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned. |

| | | |
|---|---|---|
| | | ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE–NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (mkl, COURT STAFF) (Filed on 11/10/2022) (Entered: 11/10/2022) |
| 11/10/2022 | 9 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge James Donato for all further proceedings. Magistrate Judge Sallie Kim no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Signed by Clerk on 11/10/2022. (Attachments: # 1 Notice of Eligibility for Video Recording)(mbc, COURT STAFF) (Filed on 11/10/2022) (Entered: 11/10/2022)** |
| 11/10/2022 | 10 | SUMMONS Returned Executed by Jessica Pan, Grae Kindel, Justine De Caires, Emmanuel Cornet, Alexis Camacho. Twitter, Inc. served on 11/10/2022, answer due 12/1/2022. (Liss–Riordan, Shannon) (Filed on 11/10/2022) (Entered: 11/10/2022) |
| 11/10/2022 | 11 | Emergency MOTION to Shorten Time *for Defendant's Response* filed by Alexis Camacho, Emmanuel Cornet, Justine De Caires, Grae Kindel, Jessica Pan. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Liss–Riordan, Shannon) (Filed on 11/10/2022) (Entered: 11/10/2022) |
| 11/14/2022 | 12 | **CASE MANAGEMENT SCHEDULING ORDER: Initial Case Management Conference set for 2/9/2023 10:00 AM in San Francisco, Courtroom 11, 19th Floor. Case Management Statement due by 2/2/2023. Signed by Judge James Donato on 11/14/2022. (lrc, COURT STAFF) (Filed on 11/14/2022) (Entered: 11/14/2022)** |
| 11/14/2022 | 13 | **ORDER. Defendant Twitter is directed to respond to the protective order motion, Dkt. No. 7, by November 21, 2022. Signed by Judge James Donato on 11/14/2022. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (jdlc3, COURT STAFF) (Filed on 11/14/2022) (Entered: 11/14/2022)** |
| 11/16/2022 | 14 | STIPULATION WITH PROPOSED ORDER *on Hearing Date and Reply Briefing on Plaintiffs Emergency Motion for Protective Order* filed by Twitter, Inc.. (Meckley, Eric) (Filed on 11/16/2022) (Entered: 11/16/2022) |
| 11/18/2022 | 15 | **ORDER. The parties' proposed briefing schedule on the protective order motion, Dkt. No. 14, is adopted with the understanding that Twitter will not seek employee releases pending further order. A hearing is set for December 8, 2022, at 3:00 p.m. Signed by Judge James Donato on 11/18/2022. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (jdlc3, COURT STAFF) (Filed on 11/18/2022) (Entered: 11/18/2022)** |
| 11/21/2022 | 16 | NOTICE of Appearance by Brian D, Berry *for Defendant Twitter, Inc.* (Berry, Brian) (Filed on 11/21/2022) (Entered: 11/21/2022) |
| 11/21/2022 | 17 | NOTICE of Appearance by Ashlee Nicole Cherry *for Defendant Twitter, Inc.* (Cherry, Ashlee) (Filed on 11/21/2022) (Entered: 11/21/2022) |
| 11/21/2022 | 18 | NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STRIKE AND/OR DISMISS CLASS CLAIMS *Arbitration and Strike and/or Dismiss Class Claims* filed by Twitter, Inc.. Motion Hearing set for 12/29/2022 10:00 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Responses due by 12/5/2022. Replies due by 12/12/2022. (Attachments: # 1 Declaration of Fidelma Callaghan, # 2 Proposed Order)(Meckley, Eric) (Filed on 11/21/2022) Modified on 11/22/2022 (kmg, COURT STAFF). (Entered: 11/21/2022) |

| 11/21/2022 | 19 | MOTION to Shorten Time *Defendant's Motion to Compel Arbitration and Strike Class Claims* filed by Twitter, Inc.. (Attachments: # 1 Declaration of Eric Meckley, # 2 Proposed Order)(Meckley, Eric) (Filed on 11/21/2022) (Entered: 11/21/2022) |
|---|---|---|
| 11/21/2022 | 20 | OPPOSITION/RESPONSE (re 7 Emergency MOTION for Protective Order ) filed byTwitter, Inc.. (Attachments: # 1 Declaration of Stacey Fix Conti)(Meckley, Eric) (Filed on 11/21/2022) (Entered: 11/21/2022) |
| 11/21/2022 | 21 | Request for Judicial Notice re 20 Opposition/Response to Motion *for a Protective Order* filed byTwitter, Inc.. (Attachments: # 1 Exhibit A (Part 1 of 2), # 2 Exhibit A (Part 2 of 2), # 3 Exhibit B, # 4 Exhibit C)(Related document(s) 20 ) (Meckley, Eric) (Filed on 11/21/2022) (Entered: 11/21/2022) |
| 11/22/2022 | 22 | CLERK'S NOTICE Continuing Motion Hearing.Disregard filed in error. 18 )(lrc, COURT STAFF) (Filed on 11/22/2022) Modified on 11/22/2022 (lrc, COURT STAFF). (Entered: 11/22/2022) |
| 11/22/2022 | 23 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−17752588.) filed by Twitter, Inc.. (Wallace, Thomas) (Filed on 11/22/2022) (Entered: 11/22/2022) |
| 11/22/2022 | 24 | OPPOSITION/RESPONSE (re 19 MOTION to Shorten Time *on Defendant's Motion to Compel Arbitration and Strike Class Claims* ) filed byAlexis Camacho, Emmanuel Cornet, Justine De Caires, Grae Kindel, Jessica Pan. (Liss−Riordan, Shannon) (Filed on 11/22/2022) (Entered: 11/22/2022) |
| 11/22/2022 | 25 | CLERK'S NOTICE. *(This is a text−only entry generated by the court. There is no document associated with this entry.)*, Set/Reset Deadlines as to 18 MOTION to Compel *Arbitration and Strike and/or Dismiss Class Claims*. Motion Hearing set for 12/29/2022 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. (lrc, COURT STAFF) (Filed on 11/22/2022) (Entered: 11/22/2022) |
| 11/23/2022 | 26 | **ORDER by Judge James Donato granting 23 Motion for Pro Hac Vice as to Thomas Cullen Wallace. (lrc, COURT STAFF) (Filed on 11/23/2022) (Entered: 11/23/2022)** |
| 11/23/2022 | 27 | **ORDER. Defendant Twitter's request to shorten time on the motion to compel arbitration, Dkt. No. 19, is denied. The motion will be heard on January 12, 2023, on the Court's regular civil calendar. Signed by Judge James Donato on 11/23/2022. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (jdlc3, COURT STAFF) (Filed on 11/23/2022) (Entered: 11/23/2022)** |
| 11/23/2022 | 28 | MOTION for Leave to File *Second Amended Complaint* filed by Alexis Camacho, Emmanuel Cornet, Justine De Caires, Grae Kindel, Jessica Pan. (Attachments: # 1 Exhibit A − Proposed Amended Complaint) (Liss−Riordan, Shannon) (Filed on 11/23/2022) Modified on 11/25/2022 (kmg, COURT STAFF). (Entered: 11/23/2022) |
| 11/23/2022 | 29 | Proposed Order re 28 MOTION for Leave to File *Second Amended Complaint* by Alexis Camacho, Emmanuel Cornet, Justine De Caires, Grae Kindel, Jessica Pan. (Liss−Riordan, Shannon) (Filed on 11/23/2022) (Entered: 11/23/2022) |
| 11/23/2022 | 30 | REPLY in support of (re 7 Emergency MOTION for Protective Order ) filed byAlexis Camacho, Emmanuel Cornet, Justine De Caires, Grae Kindel, Jessica Pan. (Liss−Riordan, Shannon) (Filed on 11/23/2022) (Entered: 11/23/2022) |
| 11/23/2022 | 31 | OBJECTIONS to re 30 Reply to Opposition/Response *and Request to Strike Plaintiffs' Reply Brief* by Twitter, Inc.. (Meckley, Eric) (Filed on 11/23/2022) (Entered: 11/23/2022) |
| 11/24/2022 | 32 | RESPONSE re 31 Objection by Alexis Camacho, Emmanuel Cornet, Justine De Caires, Grae Kindel, Jessica Pan. (Liss−Riordan, Shannon) (Filed on 11/24/2022) (Entered: 11/24/2022) |

| 11/28/2022 | 33 | **ORDER. For Dkt. No. 32, the Court grants a one−time exception to plaintiffs for an oversize reply brief. No further briefing by either side is permitted. Signed by Judge James Donato on 11/28/2022.** *(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(jdlc3, COURT STAFF) (Filed on 11/28/2022) (Entered: 11/28/2022)** |
|---|---|---|
| 11/30/2022 | 34 | Administrative Motion for the Court to Hear Plaintiffs' Motion for Leave to File Second Amended Complaint together with their Emergency Motion for Protective Order re 28 MOTION for Leave to File Second Amended Complaint filed by Alexis Camacho, Emmanuel Cornet, Justine De Caires, Grae Kindel, Jessica Pan. Responses due by 12/5/2022. (Attachments: # 1 Proposed Order) (Liss−Riordan, Shannon) (Filed on 11/30/2022) (Entered: 11/30/2022) |
| 12/05/2022 | 35 | CLERK'S NOTICE. *(This is a text−only entry generated by the court. There is no document associated with this entry.),* Set/Reset Deadlines as to 7 Emergency MOTION for Protective Order . Motion Hearing moved to 12/8/2022 01:30 PM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. (lrc, COURT STAFF) (Filed on 12/5/2022) (Entered: 12/05/2022) |
| 12/05/2022 | 36 | OPPOSITION/RESPONSE (re 34 Administrative Motion for the Court to Hear Plaintiff's Motion for Leave to File Second Amended Complaint Together with their Emergency Motion for Protective Order re 28 MOTION for Leave to File Second Amended Complaint) filed by Twitter, Inc.. (Attachments: # 1 Declaration of Eric Meckley) (Meckley, Eric) (Filed on 12/5/2022) Modified on 12/9/2022 (gba, COURT STAFF). (Entered: 12/05/2022) |
| 12/05/2022 | | Hearing set for 3:00 PM on December 8, 2022, reset for 1:30 PM per Dkt. No. 35. (jdlc3, COURT STAFF) (Filed on 12/5/2022) (Entered: 12/05/2022) |
| 12/05/2022 | 37 | OPPOSITION/RESPONSE (re 18 MOTION to Compel *Arbitration and Strike and/or Dismiss Class Claims* ) filed by Alexis Camacho, Emmanuel Cornet, Justine De Caires, Grae Kindel, Jessica Pan. (Liss−Riordan, Shannon) (Filed on 12/5/2022) (Entered: 12/05/2022) |
| 12/07/2022 | 38 | OPPOSITION/RESPONSE (re 28 MOTION for Leave to File *Second Amended Complaint* ) filed by Twitter, Inc.. (Meckley, Eric) (Filed on 12/7/2022) (Entered: 12/07/2022) |
| 12/09/2022 | 39 | **Minute Entry for proceedings held before Judge James Donato: Motion Hearing held on December 8, 2022. (jdlc3, COURT STAFF) (Date Filed: 12/9/2022) (Entered: 12/09/2022)** |
| 12/09/2022 | 40 | SECOND AMENDED CLASS ACTION COMPLAINT and Jury Demand against Twitter, Inc.. Filed by Jessica Pan, Justine De Caires, Emmanuel Cornet, Grae Kindel, Alexis Camacho, Emily Kim, Miguel Andres Barreto, Brett Menzies Folkins. (Liss−Riordan, Shannon) (Filed on 12/9/2022) (Entered: 12/09/2022) |
| 12/12/2022 | 41 | REPLY (re 18 MOTION to Compel *Arbitration and Strike and/or Dismiss Class Claims* ) filed by Twitter, Inc.. (Berry, Brian) (Filed on 12/12/2022) (Entered: 12/12/2022) |
| 12/14/2022 | 42 | **ORDER RE LITIGATION NOTICE. Signed by Judge James Donato on 12/14/2022. (jdlc3, COURT STAFF) (Filed on 12/14/2022) (Entered: 12/14/2022)** |
| 12/19/2022 | 43 | RESPONSE re 42 Order *Re: Notice* by Miguel Andres Barreto, Alexis Camacho, Emmanuel Cornet, Justine De Caires, Brett Menzies Folkins, Emily Kim, Grae Kindel, Jessica Pan. (Attachments: # 1 Exhibit A)(Liss−Riordan, Shannon) (Filed on 12/19/2022) (Entered: 12/19/2022) |
| 12/20/2022 | 44 | **ORDER. For Dkt. No. 43, the joint proposed notice is approved. Signed by Judge James Donato on 12/20/2022.** *(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(jdlc3, COURT STAFF) (Filed on 12/20/2022) (Entered: 12/20/2022)** |
| 12/23/2022 | 45 | MOTION to Transfer Venue and/or Motion to Dismiss; Memorandum of Points and Authorities in Support filed by Twitter, Inc.. Motion Hearing set for 2/23/2023 10:00 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Responses due by 1/6/2023. Replies due by |

| | | 1/13/2023. (Meckley, Eric) (Filed on 12/23/2022) Modified on 1/8/2023 (gba, COURT STAFF). (Entered: 12/23/2022) |
|---|---|---|
| 12/23/2022 | 46 | Request for Judicial Notice re 45 MOTION to Transfer Case *and/or Motion to Dismiss* filed byTwitter, Inc.. (Attachments: # 1 Exhibit A (Part 1 of 2), # 2 Exhibit A (Part 2 of 2), # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Related document(s) 45 ) (Meckley, Eric) (Filed on 12/23/2022) (Entered: 12/23/2022) |
| 12/30/2022 | 47 | STIPULATION WITH PROPOSED ORDER re 45 MOTION to Transfer Case *and/or Motion to Dismiss* filed by Miguel Andres Barreto, Alexis Camacho, Emmanuel Cornet, Justine De Caires, Brett Menzies Folkins, Emily Kim, Grae Kindel, Jessica Pan. (Liss−Riordan, Shannon) (Filed on 12/30/2022) (Entered: 12/30/2022) |
| 01/05/2023 | 48 | **ORDER RE BRIEFING SCHEDULE FOR 45 TWITTER'S MOTION TO TRANSFER AND/OR MOTION TO DISMISS. Signed by Judge James Donato on 1/5/2023. (jdlc3, COURT STAFF) (Filed on 1/5/2023) (Entered: 01/05/2023)** |
| 01/10/2023 | 49 | **ORDER. The motion to compel arbitration, Dkt. No. 18, is suitable for decision without oral argument pursuant to Civil Local Rule 7−1(b). The hearing that was set for January 12, 2023, is vacated. Signed by Judge James Donato on 1/10/2023. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (jdlc3, COURT STAFF) (Filed on 1/10/2023) (Entered: 01/10/2023)** |
| 01/10/2023 | 50 | TRANSCRIPT ORDER for proceedings held on December 8, 2022 before Judge James Donato by Twitter, Inc., for Court Reporter Ruth Ekhaus. (Meckley, Eric) (Filed on 1/10/2023) (Entered: 01/10/2023) |
| 01/11/2023 | 51 | TRANSCRIPT ORDER for proceedings held on 12/8/2022 before Judge James Donato by Miguel Andres Barreto, Alexis Camacho, Emmanuel Cornet, Justine De Caires, Brett Menzies Folkins, Emily Kim, Grae Kindel, Jessica Pan, for Court Reporter Ruth Ekhaus. (Liss−Riordan, Shannon) (Filed on 1/11/2023) (Entered: 01/11/2023) |
| 01/13/2023 | 52 | **ORDER RE ARBITRATION. Signed by Judge James Donato on 1/13/2023. (jdlc3, COURT STAFF) (Filed on 1/13/2023) (Entered: 01/13/2023)** |
| 01/18/2023 | 53 | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP. Signed by Judge Trina L. Thompson on 1/18/2023. (rfm, COURT USER) (Filed on 1/18/2023) (Entered: 01/18/2023)** |
| 01/20/2023 | 54 | Transcript of Proceedings held on 12/08/2022, before Judge James Donato. Court Reporter Ruth Levine Ekhaus, RMR, RDR, FCRR, CSR No. 12219, telephone number (415)336−5223/ruth_ekhaus@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date, it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 50 Transcript Order ) Release of Transcript Restriction set for 4/20/2023. (Related documents(s) 50 ) (rre, COURT STAFF) (Filed on 1/20/2023) (Entered: 01/20/2023) |
| 01/20/2023 | 55 | RESPONSE re 53 Judicial Referral for Purpose of Determining Relationship of Cases by Twitter, Inc.. (Attachments: # 1 Proposed Order Denying Relationship Between Cornet, et al. v. Twitter, Inc. and Rodriguez v. Twitter, Inc. and Pro Unlimited, Inc.)(Meckley, Eric) (Filed on 1/20/2023) (Entered: 01/20/2023) |
| 01/20/2023 | 56 | OPPOSITION/RESPONSE (re 45 MOTION to Transfer Venue and/or Motion to Dismiss ) filed by Miguel Andres Barreto, Alexis Camacho, Emmanuel Cornet, Justine De Caires, Brett Menzies Folkins, Emily Kim, Grae Kindel, Jessica Pan. (Liss−Riordan, Shannon) (Filed on 1/20/2023) |

| | | Modified on 1/23/2023 (kmg, COURT STAFF). (Entered: 01/20/2023) |
|---|---|---|
| 01/24/2023 | 57 | **ORDER RELATING CASE. Signed by Judge James Donato on 1/24/2023. (lrc, COURT STAFF) (Filed on 1/24/2023) (Entered: 01/24/2023)** |
| 02/02/2023 | 58 | JOINT CASE MANAGEMENT STATEMENT filed by Twitter, Inc.. (Meckley, Eric) (Filed on 2/2/2023) (Entered: 02/02/2023) |
| 02/03/2023 | 59 | **ORDER. The case management conference that was set for February 9, 2023, is vacated pending further order. Signed by Judge James Donato on 2/3/2023. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (jdlc3, COURT STAFF) (Filed on 2/3/2023) (Entered: 02/03/2023)** |
| 02/03/2023 | 60 | REPLY (re 45 MOTION to Transfer Venue and/or Motion to Dismiss ) filed byTwitter, Inc.. (Meckley, Eric) (Filed on 2/3/2023) (Entered: 02/03/2023) |
| 02/06/2023 | 61 | NOTICE of Appearance by Kassia Ann Stephenson *for Twitter, Inc.* (Stephenson, Kassia) (Filed on 2/6/2023) (Entered: 02/06/2023) |
| 02/07/2023 | 62 | Rule 7.1 Disclosures by Twitter, Inc. identifying Corporate Parent X Holdings I, Inc. for Twitter, Inc.. (Meckley, Eric) (Filed on 2/7/2023) (Entered: 02/07/2023) |
| 02/08/2023 | 63 | Certificate of Interested Entities by Miguel Andres Barreto, Alexis Camacho, Emmanuel Cornet, Justine De Caires, Brett Menzies Folkins, Emily Kim, Grae Kindel, Jessica Pan (Liss–Riordan, Shannon) (Filed on 2/8/2023) (Entered: 02/08/2023) |
| 02/21/2023 | 64 | **ORDER. The motion to transfer and/or dismiss, Dkt. No. 45, is suitable for decision without oral argument pursuant to Civil Local Rule 7–1(b). The hearing set for February 23, 2023, is vacated. Signed by Judge James Donato on 2/21/2023. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (jdlc3, COURT STAFF) (Filed on 2/21/2023) (Entered: 02/21/2023)** |
| 04/13/2023 | 65 | NOTICE Regarding Twitter's Motion to Transfer Venue and/or Motion to Dismiss by Miguel Andres Barreto, Alexis Camacho, Emmanuel Cornet, Justine De Caires, Brett Menzies Folkins, Emily Kim, Grae Kindel, Jessica Pan re 56 Opposition/Response to Motion, 45 MOTION to Transfer Venue and/or Motion to Dismiss (Liss–Riordan, Shannon) (Filed on 4/13/2023) (Entered: 04/13/2023) |
| 04/19/2023 | 66 | **ORDER RE TRANSFER. Signed by Judge James Donato on 4/19/2023. ***Civil Case Terminated. (jdlc3, COURT STAFF) (Filed on 4/19/2023) (Entered: 04/19/2023)** |
| 04/20/2023 | | Transferring case electronically to the District of Delaware. (gba, COURT STAFF) (Filed on 4/20/2023) (Entered: 04/20/2023) |