## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, and JESSICA PAN, EMILY KIM, MIGUEL ANDRES BARRETO, and BRETT MENZIES FOLKINS,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 23-00441-UNA |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Jody C. Barillare from Morgan, Lewis & Bockius LLP to represent Defendant Twitter, Inc. in this matter.

Dated: April 24, 2023        MORGAN, LEWIS & BOCKIUS LLP

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Phone: 302-574-7294
Fax: 302-574-3001
jody.barillare@morganlewis.com

*Attorneys for Defendant*