### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, and JESSICA PAN, EMILY KIM, MIGUEL ANDRES BARRETO, and BRETT MENZIES FOLKINS,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | C.A. No. 23-cv-441-CFC |

**UNOPPOSED MOTION TO EXTEND DEFENDANT'S
TIME TO RESPOND TO COMPLAINT**

WHEREAS the operative complaint in this action is the Second Amended Complaint ("SAC") filed on December 9, 2022 (D.I. 40);

WHEREAS on April 21, 2023, the above-captioned matter was transferred to this Court from the U.S. District Court for the Northern District of California (D.I. 66-67);

WHEREAS the parties conferred and agreed to stipulate to extend Defendant's time to answer the SAC until May 17, 2023, the grounds for this extension are to allow Defendant to finalize its response to the allegations in the SAC;

WHEREAS because Plaintiffs have not yet finalized retention of Delaware counsel to sign and file such a stipulation, the parties have agreed to present this to the Court as an unopposed motion;

NOW, THEREFORE, Defendant respectfully requests, and Plaintiffs do not oppose the request, that the Court enter the attached order extending the Defendant's time to respond to the SAC to May 17, 2023.

| | |
|---|---|
| Dated: May 3, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| | |
| | */s/ Jody C. Barillare* |
| | Jody C. Barillare (#5107) |
| | 1201 N. Market Street, Suite 2201 |
| | Wilmington, Delaware 19801 |
| | 302-574-7294 |
| | jody.barillare@morganlewis.com |
| | |
| | *Attorneys for Defendant* |