# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, and JESSICA PAN, EMILY KIM, MIGUEL ANDRES BARRETO, and BRETT MENZIES FOLKINS,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | C.A. No. 23-cv-441-CFC |

### [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Upon consideration of Defendant's Unopposed Motion to Extend Time to Respond to the Second Amended Complaint ("Motion"), the Court hereby finds that:

1. The Motion is **GRANTED**, and

2. Defendant's time to respond to the Second Amended Complaint is extended to May 17, 2023.

**SO ORDERED.**

Dated: May ____, 2023

_____
HON. COLM F. CONNOLLY
United States District Chief Judge