IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) | C.A. No. 1:23-cv-00441-CFC |
| Plaintiffs, | ) | |
| v. | ) ) | |
| TWITTER, INC. | ) ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE OF COUNSEL
ON BEHALF OF PLAINTIFFS**

TO THE CLERK OF THE COURT:

Please enter the appearance of the undersigned counsel, Kate Butler, as counsel of record on behalf of all Plaintiffs in the above-captioned action.

Respectfully Submitted,

*/s/Kate Butler*
Bar I.D. No. 6017
KATE BUTLER LAW LLC
1509 GILPIN AVE. SUITE NO. 3
WILMINGTON, DE 19806
Phone: (302) 966-9994
Fax: (302) 844-9150
E-mail: kate@katebutlerlaw.com

Dated:   May 5, 2023              *Attorney for Plaintiffs*