Format for *Pro Hac Vice* Motion (Rev. 10/19)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

EMMANUEL CORNET, et al.,

    Plaintiffs,

TWITTER, INC.,

    Defendant

Civil Action No. 1:23-v-00441-CFC

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of __Thomas Fowler__ to represent __Emmanuel Cornet et al.__ in this matter.

Signed: _[signature]_

Kate Butler, Bar I.D. No. 6017
Kate Butler Law LLC
1509 Gilpin Ave, Suite No. 3
Wilmington, DE 19806
Phone: (302) 966-9994

Attorney for: __Emmanuel Cornet et al.__

Date: 05/10/2023

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
                                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Massachusetts__ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: __/s/ Thomas Fowler__

Date: 5/9/2023

Thomas Fowler
Lichten & Liss-Riordan, P.C.
729 Boylston St, Suite 2000
Boston, MA, 02116
Phone: 617-994-5800