IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, and JESSICA PAN, EMILY KIM, MIGUEL ANDRES BARRETO, and BRETT MENZIES FOLKINS,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | C.A. No. 23-cv-441-CFC |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COUNTS I, II, AND III OF PLAINTIFFS' SECOND AMENDED COMPLAINT OR, IN THE ALTERNATIVE, STRIKE PLAINTIFFS' CLASS ALLEGATIONS**

This matter is before the Court on Defendant Twitter, Inc.'s Motion to Dismiss Counts I, II, and II of the Second Amended Complaint or, in the Alternative, Strike Plaintiffs' Class Allegations ("Motion").

Upon careful consideration of the Motion and supporting Opening Brief, as well as the Opposition and Reply and all materials and information provided to the Court in these submissions, the Court concludes that:

1. The Motion is **GRANTED**;

2. Counts I, II, and III of Plaintiffs' Second Amended Complaint are hereby **DISMISSED WITH PREJUDICE**; or

3.  In the alternative, the Motion is **GRANTED IN PART AND DENIED IN PART**, and the class allegations in paragraph 17 and sub-section (f) of the final unnumbered paragraph of Plaintiffs' Second Amended Complaint are hereby **STRICKEN**.

**SO ORDERED.**

Dated: _____, 2023     _____
HON. COLM F. CONNOLLY
United States District Chief Judge