# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>TWITTER, INC.<br><br>                    Defendant. | C.A. No. 1:23-cv-00441-CFC |

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR TWITTER'S MOTION TO MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS**

WHEREAS, on May 17, 2023, Defendant Twitter, Inc. filed a Motion to Dismiss and Strike Class Allegations (Dkt. 78).

WHEREAS, currently, Plaintiffs' opposition to the motion is due on May 31, 2023, and Twitter's reply is due on June 7, 2023.

WHEREAS, the parties have conferred and agreed on an amended briefing schedule.

NOW THEREFORE, the Parties hereby stipulate to the following amended briefing schedule, subject to the Court's approval:

- Plaintiff's opposition to Twitter's motion shall be submitted on or before June 7, 2023.

- Twitter's reply to Plaintiff's' opposition shall be submitted on or before June 21, 2023.

DB2/ 45872145.1

DATED: May 26, 2023

Respectfully submitted,

EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,

By their attorneys,

/s/

Kate Butler, Bar I.D. No. 6017
Kate Butler Law LLC
1509 Gilpin Ave, Suite No. 3
Wilmington, DE 19806
Phone: (302) 966-9994

Shannon Liss-Riordan (*pro hac vice*)
Bradley Manewith (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com;
bmanewith@llrlaw.com;
tfowler@llrlaw.com
*Attorneys for Plaintiff*

TWITTER, INC.,

By its attorneys,

/s/ *Jody C. Barillare*
Jody C. Barillare (#5107)
Morgan, Lewis & Bockius LLP
1201 North Market Street, Suite 2201
Wilmington, DE 19801
Tel: 302.574.3000
jody.barillare@morganlewis.com

Eric Meckley (*pro hac vice*)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
415-442-1000

eric.meckley@morganlewis.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Kate Butler, hereby certify that a true and accurate copy of this document was served on counsel for Defendant via the CM/ECF system on May 26, 2023.

/s/ Kate Butler
Kate Butler

## [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders the following briefing schedule on Defendant's motion to dismiss and strike class allegations:

- Plaintiff's opposition to Defendants' motion shall be submitted on or before June 7, 2023.
- Defendants' reply to Plaintiff's oppositions shall be submitted on or before June 21, 2023.

Dated: _____  _____

Hon. Colm F. Connolly
Chief District Court Judge