# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

HAROLD L. LICHTEN×
SHANNON LISS-RIORDAN×∆◊
SARAH SCHALMAN-BERGEN▪
MATTHEW W. THOMSON×
ADELAIDE H. PAGANO×
THOMAS P. FOWLER×◊
BRADLEY MANEWITH•

OLENA SAVYTSKA×
ZACHARY RUBIN×◊^•
MATTHEW PATTON×
KRYSTEN CONNON^▪
MATTHEW CARRIERI×
MEL GONZALEZ◊
JANE FARRELL∆
BENJAMIN J. WEBER× OF COUNSEL

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM

× ADMITTED IN MASSACHUSETTS
∆ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
▪ ADMITTED IN PENNSYLVANIA
• ADMITTED IN ILLINOIS
^ ADMITTED IN NEW JERSEY
♦ ADMITTED IN CONNECTICUT

June 7, 2023

**VIA ECF FILING**
Hon. Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31, Room 4124
Wilmington, DE 19801

Re:   *Cornet, et al. v. Twitter, Inc.*, C.A. No. 1:23-cv-00441-CFC

Dear Judge Connolly:

I am writing to bring to your attention an issue that we recently discovered (in preparing Plaintiffs' opposition to Twitter's motion to dismiss) that we thought we should make you aware of, in considering whether it would be appropriate for you to remain assigned to this case.

One of the cases that Twitter relies on in its motion, *Johnson v. Organo Gold Int'l, Inc.*, 2016 WL 2771124 (D. Del. May 13, 2016), was a case in which you represented the defendant and for which you co-counseled with Jody C. Barillare, who is Twitter's local counsel in this case.

We wanted to raise this issue at the outset of this matter, before any substantive decisions have been made, so that you may determine whether recusal may be appropriate. As you likely know, Twitter is represented in this case by your former law firm, Morgan, Lewis & Bockius LLP. While we understand that (after two years after taking the bench) you have remained on cases in which Morgan Lewis represents a party, we thought we should point out to you that Twitter has relied on a case in which you co-counseled with one of its counsel in its motion to dismiss.

# L I C H T E N  &  L I S S - R I O R D A N ,  P. C.

                                                Sincerely,

                                                */s/ Shannon Liss-Riordan*
                                                Shannon Liss-Riordan
                                                Attorney for Plaintiffs

cc:    Counsel of Record (via ECF)