# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | C.A. No. 1:23-cv-00441-CFC |

## [PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND STRIKE CLASS ALLEGATION

This matter is before the Court on Defendant Twitter, Inc.'s Motion to Dismiss Counts I, II, and II of the Second Amended Complaint or, in the Alternative, Strike Plaintiffs' Class Allegations ("Motion").

Upon careful consideration of the Motion and supporting Opening Brief, as well as the Opposition and Reply and all materials and information provided to the Court in these submissions, the Court concludes that:

The Motion is **DENIED**.

**SO ORDERED**

Dated: _____     _____
                                              Hon. Colm F. Connolly
                                              Chief District Court Judge