# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>TWITTER, INC.<br><br>     Defendant. | C.A. No. 1:23-cv-00441-CFC |

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing Response Brief complies with the Court's standing order dated November 10, 2022 regarding briefing in all cases. The Opening Brief has been prepared using 14-point Times New Roman font and contains 4,993 words, excluding the case caption, tables of contents and authorities, and signature blocks.

Dated: June 7, 2023

                /s/ Kate Butler
                Kate Butler, Bar I.D. No. 6017
                Kate Butler Law LLC
                1509 Gilpin Ave, Suite No. 3
                Wilmington, DE 19806
                Phone: (302) 966-9994
                Email: kate@katebutlerlaw.com

Shannon Liss-Riordan (*pro hac vice*)
Bradley Manewith (*pro hac vice*)
Thomas Fowler (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com
bmanewith@llrlaw.com
tfowler@llrlaw.com

*Attorneys for Plaintiffs*