## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC. <br><br> Defendant. | C.A. NO. 1:23-cv-00441-CFC |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Joseph L. Christensen of the firm Christensen

& Dougherty LLP on behalf of interested parties Wolfram Arnold, Erik Froese, Tracy Hawkins,

Joseph Killian, Laura Chan Pytlarz, Andrew Schlaikjer Andrew Schlaikjer, Isabelle Cannell,

Jaime Sena, and James Shobe in the above-captioned action.

CHRISTENSEN & DOUGHERTY LLP

*/s/ Joseph L. Christensen*
Joseph L. Christensen (#5146)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
(302) 212-4330

*Attorneys for Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, Andrew Schlaikjer, Isabelle Cannell, Jaime Sena, and James Shobe*

Dated: June 12, 2023