IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL ANDRES BARRETO, and BRETT MENZIES FOLKINS,<br><br>                      Plaintiffs,<br><br>    v.<br><br>TWITTER, INC.,<br><br>                      Defendant. | C.A. No. 1:23-cv-00441-CFC |

**MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*, TO INTERVENE FOR A LIMITED PURPOSE OR TO COORDINATE BRIEFING WITH RELATED CASE**

Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, Andrew Schlaikjer, Isabelle Cannell, Jaime Sena, and James Shobe (the "Proposed Amici") hereby respectfully move for leave to file a brief as *amicus,* to intervene for a limited purpose or to coordinate briefing with related case. In support of this motion, the Proposed Amici have filed the accompanying Memorandum of Law in Support of Motion for Leave to File Brief as Amicus Curiae, to Intervene for a Limited Purpose or to Coordinate Briefing with Related Case.

1

| | |
|---|---|
| Dated: June 12, 2023 | /s/ *Joseph L. Christensen* |
| | Joseph L. Christensen (#5146) |
| Akiva Cohen (*pro hac vice*) | CHRISTENSEN & DOUGHERTY LLP |
| Dylan M. Schmeyer (*pro hac vice*) | 1000 N. West Street, Suite 1200 |
| Michael D. Dunford (*pro hac vice*) | Wilmington, Delaware 19801 |
| Lane A. Haygood (*pro hac vice* forthcoming) | Tel: (302) 212-4330 |
| | joe@christensendougherty.com |
| KAMERMAN, UNCYK, SONIKER & KLEIN P.C. | |
| 1700 Broadway, 16th Floor | |
| New York, NY 10019 | *Attorneys for Proposed Amici* |
| Tel: (212) 400-4930 | *Wolfram Arnold, Erik Froese, Tracy* |
| acohen@kusklaw.com | *Hawkins, Joseph Killian, Laura Chan* |
| dschmeyer@kusklaw.com | *Pytlarz, Andrew Schlaikjer, Isabelle* |
| mdunford@kusklaw.com | *Cannell, Jaime Sena, and James Shobe* |