IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL ANDRES BARRETO, and BRETT MENZIES FOLKINS,<br><br>      Plaintiffs,<br><br>  v.<br><br>TWITTER, INC.,<br><br>      Defendant. | C.A. No. 1:23-cv-00441-CFC |

**DECLARATION OF AKIVA M. COHEN IN FURTHER SUPPORT OF MOTION TO INTERVENE**

I, Akiva M. Cohen, declare as follows:

1. I am counsel to non-parties Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer (collectively, the "Arnold Plaintiffs"), and Jim Shobe, Isabelle Cannell, and Jaime Sena, and submit this Declaration in Further Support of Motion for Leave to File Brief As *Amicus Curiae*, to Intervene for a Limited Purpose or to Coordinate Briefing with Related Case. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if required to do so.

2. Annexed hereto as **Exhibit 1** is a true and correct copy of Twitter's Merger Agreement, dated April 25, 2022

3. Annexed hereto as **Exhibit 2** is a true and correct copy of the Acquisition FAQ, originally dated May 19, 2022, updated most recently on October 27, 2022.

I declare under penalty of perjury under the laws of the State of California and the United

States that the foregoing is true and correct.

Executed this 12th day of June 2023 in Oceanside, NY.

_____
Akiva M. Cohen