IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL ANDRES BARRETO, and BRETT MENZIES FOLKINS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TWITTER, INC.,<br><br>　　　　　　　　　　Defendant. | C.A. No. 1:23-cv-00441-CFC |

**[PROPOSED] ORDER**

This matter having come before the Court on the motion of Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, Andrew Schlaikjer, Isabelle Cannell, Jaime Sena, and James Shobe (the "Proposed Amici") for leave to file a brief as *amicus curiae,* to intervene for a limited purpose or to coordinate briefing with related case and the Court having considered the submissions, the Court hereby GRANTS the motion. The Proposed Amici shall be permitted to file a brief in this action as *amicus curiae*, to intervene for a limited purpose or to coordinate briefing with the case captioned *Arnold et al. v. X Corp. et al.*, Case No. 23-cv-568-CFC.

1

_____
The Honorable Colm F. Connolly