**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, and JESSICA PAN, EMILY KIM, MIGUEL ANDRES BARRETO, and BRETT MENZIES FOLKINS, | |
| Plaintiffs, | C.A. No. 23-cv-441-CFC |
| v. | |
| TWITTER, INC., | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO
PROPOSED AMICI'S MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*,
TO INTERVENE FOR A LIMITED PURPOSE,
OR TO COORDINATE BRIEFING WITH RELATED CASE**

WHEREAS, on May 17, 2023, Twitter filed its *Motion to Dismiss the Second Amended Complaint* and a supporting brief. D.I. 77-78 (collectively, the "Motion to Dismiss"). Briefing on the Motion to Dismiss will be completed on June 21, 2023;

WHEREAS, on June 13, 2023, the plaintiffs in *Arnold v. X. Corp*, 23-CV-528-CFC (D. Del. May 16, 2023) ("Proposed Amici") filed in this case their *Motion for Leave to File Brief as Amicus Curiae, to Intervene for a Limited Purpose, or to Coordinate Briefing with Related Case* [D.I. 84] and their corresponding brief. D.I. 85 (the "Amicus Motion");

WHEREAS, Defendant's and Plaintiffs' oppositions to the Amicus Motion are currently due on June 27, 2023;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Defendant, and Proposed Amici, through their undersigned counsel and subject to the approval of the Court, that:

1.    The deadline to file any response to the Amicus Motion is extended to July 10, 2023.  The grounds for this extension are to allow the parties time to finalize their responses to the Amicus Motion.

2.    The Proposed Amici's deadline to file a reply in further support of the Amicus Motion shall be extended to July 24, 2023.

3.    The parties respectfully request that the Court, subject to its discretion, defer issuing a decision on Defendant's Motion to Dismiss until the Amicus Motion is fully briefed.

Dated: June 21, 2023

KATE BUTLER LAW LLC                      MORGAN, LEWIS & BOCKIUS LLP

*/s/ Kate Butler*                        */s/ Jody C. Barillare*
Kate Butler, Bar I.D. No. 6017           Jody C. Barillare (#5107)
1509 Gilpin Ave, Suite No. 3             1201 N. Market Street, Suite 2201
Wilmington, DE 19806                     Wilmington, Delaware 19801
(302) 966-9994                           302-574-7294
                                         jody.barillare@morganlewis.com

*Attorneys for Plaintiffs*
                                         *Attorneys for Defendant*

CHRISTENSEN & DOUGHERTY LLP

*/s/ Joseph L. Christensen*
Joseph L. Christensen (#5146)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
(302) 212-4330
joe@christensendougherty.com

*Attorneys for Proposed Amici*

IT IS SO ORDERED this _____ day of June, 2023.

_____
The Honorable Colm F. Connolly