IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, and JESSICA PAN, EMILY KIM, MIGUEL ANDRES BARRETO, and BRETT MENZIES FOLKINS,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | C.A. No. 23-cv-441-CFC |

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing brief in opposition to the *Motion for Leave to File Brief as* Amicus Curiae, *to Intervene for a Limited Purpose, or to Coordinate Briefing with Related Case* complies Court's standing order dated November 10, 2022 regarding briefing in all cases. The Opposition Brief has been prepared using 14-point Times New Roman font and contains 4,897 words, excluding the case caption, tables of contents and authorities, and signature blocks.

Dated: July 10, 2023

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
302-574-7294
jody.barillare@morganlewis.com

*Attorney for Defendant Twitter, Inc.*