# EXHIBIT 1

## Akiva Cohen

| | |
|---|---|
| **From:** | Alamuddin, Sari M. <sari.alamuddin@morganlewis.com> |
| **Sent:** | Thursday, June 8, 2023 9:44 PM |
| **To:** | Akiva Cohen; Angus Blake; Dylan Schmeyer; Mike Dunford; Berry, Brian D.; Meckley, Eric; Wallace, Thomas Cullen; Cherry, Ashlee N.; Stephenson, Kassia; Lotsoff, Jonathan D.; Chowdhry, Kaiser H.; Lipsky, Megan L.; Haimann, Ph.D., Clifford |
| **Cc:** | Doyle, Adele; Meyer, Cait; allen.owen@morganlewis.com |
| **Subject:** | RE: Szajnberg, Vanessa vs. Twitter, Inc. et al. - JAMS Ref No. 1601002340 |

Akiva:

Our position is clear and has always been that California CCP 1281.97 does not apply to persons outside of California. We are not (and have never) argued that CCP 1281.97 applies outside of California. Rather, we have simply ensured that, in all other states, payment is made within 30 days of receipt, which is a reasonable position and, to the extent you win your argument that California CCP 1281.97 applies nationwide, ensures compliance with that rule.

If you have any authority under NY law that delineates an earlier NY deadline, please provide it.

Thanks.

**Sari M. Alamuddin**
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1158 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
sari.alamuddin@morganlewis.com | www.morganlewis.com
Assistant: Rhoda Morris | +1.312.324.1157 | rhoda.morris@morganlewis.com



**From:** Akiva Cohen <acohen@kusklaw.com>
**Sent:** Thursday, June 8, 2023 12:56 PM
**To:** Angus Blake <ABlake@jamsadr.com>; Dylan Schmeyer <dschmeyer@kusklaw.com>; Mike Dunford <mdunford@kusklaw.com>; Berry, Brian D. <brian.berry@morganlewis.com>; Meckley, Eric <eric.meckley@morganlewis.com>; Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>; Cherry, Ashlee N. <ashlee.cherry@morganlewis.com>; Stephenson, Kassia <kassia.stephenson@morganlewis.com>; Lotsoff, Jonathan D. <jonathan.lotsoff@morganlewis.com>; Alamuddin, Sari M. <sari.alamuddin@morganlewis.com>; Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>; Lipsky, Megan L. <megan.lipsky@morganlewis.com>; Haimann, Ph.D., Clifford <clifford.haimann@morganlewis.com>
**Cc:** Doyle, Adele <adele.doyle@morganlewis.com>; Meyer, Cait <cait.meyer@morganlewis.com>;

allen.owen@morganlewis.com
**Subject:** Re: Szajnberg, Vanessa vs. Twitter, Inc. et al. - JAMS Ref No. 1601002340

[EXTERNAL EMAIL]
Sari and team,

I will just note that Vanessa is a New York-based employee and you are **currently** arguing to a federal district court that California Code of Civ. Proc. 1281.97, which is the authority you had previously given for delaying all payments until 30 days past the invoice, applies only to California-based employees.

Obviously, we believe it applies to all employees. But if you are taking the position here that you are entitled to delay paying this fee until late June based on Section 1281.97, you have an ethical obligation to inform the NDCal as much. And if you are not, then what is the basis on which you continue to delay this arbitration?

Please advise.

Best,

Akiva

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Angus Blake <ABlake@jamsadr.com>
**Sent:** Thursday, June 8, 2023 1:37:04 PM
**To:** Akiva Cohen <acohen@kusklaw.com>; Dylan Schmeyer <dschmeyer@kusklaw.com>; Mike Dunford <mdunford@kusklaw.com>; brian.berry@morganlewis.com <brian.berry@morganlewis.com>; eric.meckley@morganlewis.com <eric.meckley@morganlewis.com>; cullen.wallace@morganlewis.com <cullen.wallace@morganlewis.com>; ashlee.cherry@morganlewis.com <ashlee.cherry@morganlewis.com>; kassia.stephenson@morganlewis.com <kassia.stephenson@morganlewis.com>; jonathan.lotsoff@morganlewis.com <jonathan.lotsoff@morganlewis.com>; sari.alamuddin@morganlewis.com <sari.alamuddin@morganlewis.com>; kaiser.chowdhry@morganlewis.com <kaiser.chowdhry@morganlewis.com>; megan.lipsky@morganlewis.com <megan.lipsky@morganlewis.com>; clifford.haimann@morganlewis.com <clifford.haimann@morganlewis.com>
**Cc:** adele.doyle@morganlewis.com <adele.doyle@morganlewis.com>; cait.meyer@morganlewis.com <cait.meyer@morganlewis.com>; allen.owen@morganlewis.com <allen.owen@morganlewis.com>
**Subject:** RE: Szajnberg, Vanessa vs. Twitter, Inc. et al. - JAMS Ref No. 1601002340

Counsel,

Following up for payment of the initial retainer by Respondent here. Once the attached is paid, I will reach out to schedule a preliminary call with the arbitrator.

Best,
-Angus



**Angus Blake**
*Case Manager*

**JAMS -** *Local Solutions. Global Reach.*™
One Boston Place | 201 Washington St. | Suite 3300 | Boston, MA 02108
P: 617-228-9138
E: ablake@jamsadr.com
www.jamsadr.com

Follow us on **LinkedIn** and **Twitter**.

**Successfully Resolve Your Case Remotely**
Check Out the JAMS Video Conferencing Page to Get Started

---

**From:** Sarah Nevins <snevins@jamsadr.com>
**Sent:** Thursday, May 25, 2023 12:59 PM
**To:** acohen@kusklaw.com; dschmeyer@kusklaw.com; mdunford@kusklaw.com; brian.berry@morganlewis.com; eric.meckley@morganlewis.com; cullen.wallace@morganlewis.com; ashlee.cherry@morganlewis.com; kassia.stephenson@morganlewis.com; jonathan.lotsoff@morganlewis.com; sari.alamuddin@morganlewis.com; kaiser.chowdhry@morganlewis.com; megan.lipsky@morganlewis.com; clifford.haimann@morganlewis.com
**Cc:** adele.doyle@morganlewis.com; cait.meyer@morganlewis.com; allen.owen@morganlewis.com; Angus Blake <ABlake@jamsadr.com>
**Subject:** Szajnberg, Vanessa vs. Twitter, Inc. et al. - JAMS Ref No. 1601002340

Counsel,

I have just uploaded the appointment and disclosure documents to JAMS Access regarding the above referenced matter.  Please note that your new case manager on this file is Angus Blake.  Angus has been cc'd on this email.  Kindly update your records accordingly.

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS -** *Local Solutions. Global Reach.*™
P: 313.209.8851
www.jamsadr.com

Manage your case anytime, anywhere.
**Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.

3