IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL ANDRES BARRETO, and BRETT MENZIES FOLKINS,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TWITTER, INC.,<br><br>　　　　　　　Defendant. | C.A. No. 1:23-cv-00441-CFC |

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing Reply in Further Support of Motion for Leave to File Brief as Amicus Curiae, to Intervene for a Limited Purpose or to Coordinate Briefing with Related Case complies with the Court's standing order dated November 10, 2022 regarding briefing in all cases. The Reply Brief has been prepared using 14-point Times New Roman font and contains 2,274 words, excluding the case caption, tables of contents and authorities, and signature blocks.

| | |
|---|---|
| Dated: July 24, 2023<br><br>Akiva Cohen (*pro hac vice* forthcoming*)*<br>Dylan M. Schmeyer (*pro hac vice* forthcoming*)*<br>Michael D. Dunford (*pro hac vice* forthcoming*)* | /s/ *Joseph L. Christensen*<br>Joseph L. Christensen (#5146)<br>CHRISTENSEN & DOUGHERTY LLP<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Tel: (302) 212-4330<br>joe@christensendougherty.com |

| | |
|---|---|
| Lane A. Haygood (*pro hac vice* forthcoming)<br>KAMERMAN, UNCYK, SONIKER & KLEIN P.C.<br>1700 Broadway, 16th Floor<br>New York, NY 10019<br>Tel: (212) 400-4930<br>acohen@kusklaw.com<br>dschmeyer@kusklaw.com<br>mdunford@kusklaw.com | *Attorneys for Proposed Amici Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, Andrew Schlaikjer, Isabelle Cannell, Jaime Sena, and James Shobe* |