**Christensen & Dougherty LLP**
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 212-4330

Joseph L. Christensen
joe@christensendougherty.com

July 27, 2023

**Via CM/ECF and Hand Delivery**

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31
Room 4124
Wilmington, DE 19801-3555

      Re:   *Cornet et al. v. Twitter, Inc.*, C.A. No. 1:23-cv-00441-CFC

Dear Judge Connolly,

      We are filing with this letter a corrected declaration in support of the Reply in Further Support of Motion for Leave to File Brief as *Amicus Curiae*, to Intervene for a Limited Purpose or to Coordinate Briefing with Related Case filed in the above-captioned action on July 24, 2023. D.I. 84. Exhibit A to this letter provides an explanation from co-counsel of the correction made to the declaration and Exhibit B is a corrected version of the declaration.

      Should Your Honor have any questions, counsel is available.

                                                    Sincerely,

                                                    */s/ Joseph L. Christensen*

                                                    Joseph L. Christensen (#5146)

The Honorable Colm F. Connolly
July 27, 2023
Page 2

cc: All counsel of record (via CM/ECF)