# Exhibit A

**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**
COUNSELORS AT LAW
1700 BROADWAY, 16TH FLOOR
NEW YORK, NEW YORK 10019

(212) 400-4930

June 27, 2023

Hon. Colm F. Conolly
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31
Room 4124
Wilmington, DE 19801-3555

Judge Connolly,

    I am counsel for Proposed Amici and I write, with consent of the parties, to inform the Court of the reason we filed a corrected reply declaration. In reviewing invoices and the status of arbitrations for my reply declaration, I missed that Twitter had paid Ms. Sena's arbitrator fee invoice on July 7, 2023. The corrected declaration is thus being submitted to correct the inaccurate statement that the invoice remained outstanding. All parties consented to the filing of the corrected declaration.

                                                Respectfully,

                                                */s/ Akiva Cohen*

                                                Akiva Cohen