# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>   v.<br><br>TWITTER, INC.<br><br>     Defendant. | C.A. No. 23-cv-441-CFC |

## JOINT STATUS REPORT

Plaintiffs Emily Kim, Miguel Barreto, and Brett Menzies Folkins ("Plaintiffs") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiffs and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby submit the following Joint Status Report:

The Parties engaged in settlement discussions and attended a mediation on December 1, 2023 in an effort to resolve this matter. The Parties were unable to resolve the claims in this matter at mediation. Accordingly, the Parties stipulate and request the following:

  1.  The stay previously entered in this matter shall be lifted effective immediately; and

2. Defendant's Motion to Dismiss the Second Amended Complaint, which has been fully briefed by the Parties and is currently pending before the Court, may be resolved by the Court.

Dated: January 2, 2024

<div style="display: flex;">

KATE BUTLER LAW LLC

*/s/ Kate Butler*
Kate Butler (#6017)
1509 Gilpin Ave, Suite No. 3
Wilmington, DE 19806
(302) 966-9994
kate@katebutlerlaw.com

Shannon Liss-Riordan (*pro hac vice*)
Bradley Manewith (*pro hac vice*)
Thomas Fowler (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
bmanewith@llrlaw.com
tfowler@llrlaw.com

*Attorneys for Plaintiffs*

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 North Market Street, Suite 2201
Wilmington, DE 19801
(302) 574-3000
jody.barillare@morganlewis.com

Eric Meckley (*pro hac vice*)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
eric.meckley@morganlewis.com

T. Cullen Wallace (*pro hac vice*)
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
(713) 890-5722
cullen.wallace@morganlewis.com

*Attorneys for Defendant*

</div>

IT IS SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Colm F. Connolly