IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,<br><br>  *Plaintiffs*,<br><br> v.<br><br>TWITTER, INC.,<br><br>  *Defendant*. | C.A. No. 23-CV-441-TMH |

**DEFENDANT'S CITATION OF SUBSEQUENT AUTHORITY**

  Defendants hereby submit this citation of subsequent authority pursuant to Local Rule 7.1.2(b) to alert the Court to the recent Report and Recommendation issued by the Magistrate Judge in *Arnold, et al. v. X Corp.*, Case No. 1:23-cv-00528-JLH-CJB (D. Del. Dec. 5, 2024) (Dkt. No. 110) (attached as **Exhibit A**). This in-circuit decision issued less than two weeks ago resolves key issues relating to the alleged third-party beneficiary breach of contract claim at issue in Defendant's Motion to Dismiss and Strike Class Allegations (Dkt. Nos. 77, 78), which was filed on May 17, 2023 and remains pending before this Court.

| | |
|---|---|
| Dated: December 18, 2024 | MORGAN, LEWIS & BOCKIUS LLP |
| Eric Meckley (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>415-442-1000<br>eric.meckley@morganlewis.com | /s/ *Jody C. Barillare*<br>Jody C. Barillare (#5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, Delaware 19801<br>302-574-7294<br>jody.barillare@morganlewis.com |
| T. Cullen Wallace (*pro hac vice*)<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002-5005<br>713-890-5722<br>cullen.wallace@morganlewis.com | *Attorneys for Defendants X Corp. f/k/a Twitter, Inc. and X Holdings Corp. f/k/a X Holdings I, Inc.* |