IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>TWITTER, INC.<br><br>            Defendant. | C.A. No. 23-cv-441 |

**PLAINTIFFS' NOTICE OF ADDITIONAL**
**SUPPLEMENTAL AUTHORITY**

On February 12, 2025, Plaintiffs' counsel obtained two additional arbitration awards that further support denial of Twitter's Motion to Dismiss. These awards (combined in one decision) concern employees who contend they were laid off when they did not click "yes" in response to Elon Musk's "Fork in the Road" email – like Plaintiff Folkins. Twitter has argued that Plaintiff Folkins voluntarily resigned, and was not laid off, and that no reasonable factfinder could thus find

that he was entitled to severance pay. This decision undermines Twitter's argument and supports Plaintiffs' claims.

Plaintiffs thus hereby submit these recently issued awards as additional supplemental authority in opposition to Twitter's motion to dismiss. A copy of the decision is attached as Exhibit 1.

Dated: February 14, 2025

Respectfully submitted,

EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,

By their attorneys,

 /s/ Kate Butler
Kate Butler, Bar I.D. No. 6017
Kate Butler Law LLC
1509 Gilpin Ave, Suite No. 3
Wilmington, DE 19806
Phone: (302) 966-9994
Email: kate@katebutlerlaw.com

Shannon Liss-Riordan (*pro hac vice*)
Bradley Manewith (*pro hac vice*)
Thomas Fowler (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com
bmanewith@llrlaw.com
tfowler@llrlaw.com

## CERTIFICATE OF SERVICE

I, Kate Butler, hereby certify that a true and accurate copy of the redacted version of this document was served on all counsel of record for Defendant via filing on the Court's CM/ECF system and that Plaintiffs have served the sealed version of this document on Defendant's counsel via email on February 14, 2025.

                                         /s/ Kate Butler
                                         Kate Butler