# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>      v.<br><br>TWITTER, INC.<br><br>              Defendant. | C.A. No. 1:23-cv-00441-TMH |

## PLAINTIFFS' MOTION TO PROVISIONALLY SEAL ACCOMPANYING EXHIBITS TO NOTICE OF ADDITIONAL SUPPLEMENTAL AUTHORITY

Shannon Liss-Riordan (*pro hac vice*)
Bradley Manewith (*pro hac vice*)
Thomas Fowler (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llraw.com
bmanewith@llrlaw.com
tfowler@llrlaw.com

Kate Butler, Bar I.D. No. 6017
Kate Butler Law LLC
1509 Gilpin Ave, Suite No. 3
Wilmington, DE 19806
Phone: (302) 966-9994
email: kate@katebutlerlaw.com

*Attorneys for Plaintiffs*

Pursuant to this Court's Manuals on filing, including Electronic Filing Tips for Attorneys and Electronic Filing of Sealed Civil Documents, Plaintiffs hereby move to provisionally seal a number of exhibits that will accompany a Notice of Additional Supplemental Authority (attached hereto as Exhibit A). The Notice of Additional Supplemental Authority will be publicly filed, but Plaintiffs request that the exhibits that will accompany the Notice (attached hereto as Exhibit B-H) remain under seal.

The Notice of Supplemental Authority informs the Court of additional arbitration awards (Exhibit B-H) that Plaintiffs' counsel have obtained on behalf of former Twitter employees who brought claims against Twitter in arbitration that are the same claims brought by the Plaintiffs in this case.

Because Twitter takes the position that arbitration awards are confidential, Plaintiffs have filed the awards themselves under seal. As the arbitration awards contain some personally identifying information, if the Court is disinclined to permit the entirety of the documents to be filed under seal, Plaintiffs respectfully request the opportunity to submit a redacted version removing identifying information for the claimants referenced in the arbitration awards.

Dated: March 21, 2025

Respectfully submitted,

EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,

By their attorneys,

 /s/ Kate Butler
Kate Butler, Bar I.D. No. 6017
Kate Butler Law LLC
1509 Gilpin Ave, Suite No. 3
Wilmington, DE 19806
Phone: (302) 966-9994
Email: kate@katebutlerlaw.com

Shannon Liss-Riordan (*pro hac vice*)
Bradley Manewith (*pro hac vice*)
Thomas Fowler (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com
bmanewith@llrlaw.com
tfowler@llrlaw.com

**CERTIFICATE OF SERVICE**

I, Kate Butler, hereby certify that a true and accurate copy of the redacted version of this document was served on all counsel of record for Defendant via filing on the Court's CM/ECF system and that Plaintiffs have served the sealed version of this document on Defendant's counsel via email on March 21, 2025.

       /s/ Kate Butler
       Kate Butler