# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, <br><br> *Plaintiffs*, <br><br> v. <br><br> TWITTER, INC., <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 23-cv-441-TMH |

## [PROPOSED] ORDER

The Court, having considered the Motion to Intervene and for Unsealing of Judicial Records of non-parties American Broadcasting Companies, Inc. d/b/a ABC News; the Associated Press; Bloomberg L.P. d/b/a Bloomberg News; Cable News Network, Inc. ("CNN"); Dow Jones & Company, Inc., publisher of *The Wall Street Journal*; Forbes Media; Guardian News & Media Limited; Insider Inc. d/b/a *Business Insider*; NBCUniversal Media, LLC d/b/a NBCUniversal News Group; The New York Times Company; *Wired*, published by Advance Magazine Publishers Inc.; and WP Company LLC d/b/a *The Washington Post* (collectively, the "Press Coalition"), and any responses thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2025 that:

1. The Press Coalition's Motion is GRANTED.

2. The Press Coalition shall be permitted to intervene in this proceeding for the limited purposes of challenging the sealing of judicial records, and the following docket entries shall be unsealed in their entirety: D.I. 98 (including attachments), D.I. 108 (including

attachments), D.I. 106 (including attachments), D.I. 111 (including attachments), D.I. 114-2, and D.I. 117-2-8.

3.      Plaintiffs shall publicly file the docket entries referenced in the preceding paragraph within two (2) days of this Order.

                                                                        _____
                                                                        The Honorable Todd M. Hughes
                                                                        Visiting United States District Judge