IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS,<br><br>         *Plaintiffs*,<br>v.<br><br>TWITTER, INC.,<br><br>         *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-cv-441-TMH<br>)<br>)<br>)<br>)<br>) |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Non-Party Intervenors American Broadcasting Companies, Inc.; Advance Magazine Publishers Inc.; the Associated Press; Bloomberg L.P.; Cable News Network, Inc. ("CNN"); Dow Jones & Company, Inc., publisher of *The Wall Street Journal*; Forbes Media; Guardian News & Media Limited; Insider Inc.; NBCUniversal Media, LLC; The New York Times Company; and WP Company LLC, by and through undersigned counsel, respectfully certify that:

**American Broadcasting Companies, Inc.** is an indirect wholly-owned subsidiary of The Walt Disney Company, a publicly held corporation. No other publicly held corporation owns more than 10% of its stock.

**Advance Magazine Publishers, Inc.**, of which Condé Nast, publisher of *Wired*, is a division, is a wholly-owned subsidiary of Advance Publications, Inc. Advance Publications, Inc. is not a publicly held corporation and no publicly held corporations owns 10% or more of its stock.

**The Associated Press** is a news cooperative incorporated under the Not-for-Profit Corporation Law of New York and has no parents, subsidiaries or affiliates that have any outstanding securities issued to the public.

**Bloomberg L.P.** is a limited partnership; its general partner is Bloomberg Inc.; and no publicly-held corporation owns ten percent or more of Bloomberg L.P.'s limited partnership interests.

**Cable News Network, Inc.**, is ultimately a wholly-owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation. Warner Bros. Discovery, Inc. has no parent company and, to the best of Cable News Network, Inc.'s knowledge, no publicly held company owns 10% or more of Warner Bros. Discovery, Inc.'s stock.

**Dow Jones & Company, Inc.** ("Dow Jones") is an indirect subsidiary of News Corporation, a publicly held company. Ruby Newco, LLC, an indirect subsidiary of News Corporation and a non-publicly held company, is the direct parent of Dow Jones. News Preferred Holdings, Inc., a subsidiary of News Corporation, is the direct parent of Ruby Newco, LLC. No publicly traded corporation currently owns ten percent or more of the stock of Dow Jones.

**Forbes Media LLC** is a limited liability company wholly owned by Forbes Global Media Holdings Inc., a British Virgin Islands corporation that is not publicly traded.

**Guardian News & Media Limited**'s parent corporation is Guardian Media Group, PLC. No publicly held corporation owns ten percent or more of the stock of Guardian News & Media Limited.

**Insider, Inc.** is owned by Axel Springer Digital Ventures GmbH, which is in turn owned by Axel Springer SE. No publicly held corporation holds more than a ten percent ownership share in the stock of Insider, Inc.

**NBCUniversal Media, LLC** is a wholly-owned, indirect subsidiary of Comcast Corporation, which is publicly traded. Comcast Corporation does not have a parent company, and no other publicly held company owns 10% or more of its stock.

**The New York Times Company** has no parent company and there is no publicly held corporation that owns 10% or more of its stock.

**WP Company LLC** is a wholly-owned subsidiary of Nash Holdings LLC, a private investment firm whose ultimate beneficial owner is Jeffrey P. Bezos. WP Company LLC and Nash Holdings LLC are privately held companies with no securities in the hands of the public.

Dated: March 25, 2025

| OF COUNSEL | BALLARD SPAHR LLP |
|---|---|
| Kaitlin Gurney* <br> Paul J. Safier* <br> BALLARD SPAHR LLP <br> 1735 Market Street, 51st Floor <br> Philadelphia, PA 19103-7599 <br> Tel: (215) 665-8500 <br> gurneyk@ballardspahr.com <br> safierp@ballardspahr.com <br><br> * *pro hac vice motion forthcoming* | /s/ *Beth Moskow-Schnoll* <br> Beth Moskow-Schnoll (# 2900) <br> BALLARD SPAHR LLP <br> 919 N. Market Street, 11th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 252-4447 <br> moskowb@ballardspahr.com <br><br> *Counsel for the Press Coalition* |