IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL ANDRES BARRETO, and BRETT MENZIES FOLKINS,<br><br>            *Plaintiffs*,<br><br>    v.<br><br>TWITTER, INC.,<br><br>            *Defendant*. | C.A. No. 1:23-cv-441-TMH |

### DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' NOTICES OF SUPPLEMENTAL AUTHORITY

Defendant Twitter, Inc., hereby moves for the Court to exercise its inherent authority to strike Plaintiffs' notices of supplemental authority and accompanying exhibits (D.I. 98-1 through 98-6; D.I. 108-1 through 108-7; D.I. 111-1 through 111-2; D.I. 114-1 through 114-2; D.I. 117-1 through 117-8) and preclude Plaintiffs from filing any further individual confidential arbitration awards without prior leave of Court. The grounds for this motion are set forth in the *Defendant's Opening Brief in Support of its Motion to Strike Plaintiffs' Notices of Supplemental Authority* filed herewith, and such further reply to be filed in accordance with Local Rule 7.1.2(b).

Dated: April 8, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

 */s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
302-574-7294
jody.barillare@morganlewis.com

*Attorneys for Defendant*