# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>TWITTER, INC.,<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 1:23-cv-00441-TMH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF KENNETH TRUJILLO-JAMISON IN SUPPORT OF DEFENDANT'S OPPOSITION TO THE PRESS COALITION'S MOTION TO INTERVENE AND FOR UNSEALING OF JUDICIAL RECORDS

I, Kenneth Trujillo-Jamison, declare as follows:

1. I am a partner at the law firm of Willenken LLP, counsel of record for Defehdaht. I make this declaration in support of Defendant's Opposition to the Press Coalition's Motion to Intervene and for Unsealing of Judicial Records. This declaration is based on my personal knowledge, and if called to testify I am competent to testify on the matters stated.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the January 16, 2025 hearing held in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 8th of April, 2025.

                              */s/ Kenneth Trujillo-Jamison*
                              Kenneth Trujillo-Jamison