IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS,<br><br>*Plaintiffs*,<br>v.<br><br>TWITTER, INC.,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-441-TMH<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF JOINDER OF NATIONAL PUBLIC RADIO, INC.

Non-Party National Public Radio, Inc. ("NPR") hereby gives notice that it is joining the Press Coalition's Motion to Intervene and For Unsealing of Judicial Records. D.I. 119. For the same reasons stated in that motion, NPR seeks to be permitted to intervene in this proceeding and for the at-issue documents at issue to be unsealed.

Dated: April 11, 2025

| OF COUNSEL | BALLARD SPAHR LLP |
|---|---|
| Kaitlin Gurney\* | /s/ *Beth Moskow-Schnoll* |
| Paul J. Safier\* | Beth Moskow-Schnoll (# 2900) |
| BALLARD SPAHR LLP | BALLARD SPAHR LLP |
| 1735 Market Street, 51st Floor | 919 N. Market Street, 11th Floor |
| Philadelphia, PA 19103-7599 | Wilmington, DE 19801 |
| Tel: (215) 665-8500 | Tel: (302) 252-4447 |
| gurneyk@ballardspahr.com | moskowb@ballardspahr.com |
| safierp@ballardspahr.com | |
| | *Counsel for the Press Coalition* |
| \* *pro hac vice motion pending* | |