# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

HAROLD L. LICHTEN˟
SHANNON LISS-RIORDAN˟ᐃ◊
SARAH SCHALMAN-BERGEN▪
MATTHEW W. THOMSON˟
THOMAS P. FOWLER˟◊
BRADLEY MANEWITH•
KRYSTEN CONNON^▪
JEREMY ABAY^▪◊
OLENA SAVYTSKA˟

MATTHEW CARRIERI˟
JACK BARTHOLET˟
TREVOR BYRNE˟
MORINE MITCHELL˟
BENJAMIN J. WEBER˟ OF COUNSEL

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM

˟ ADMITTED IN MASSACHUSETTS
ᐃ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
▪ ADMITTED IN PENNSYLVANIA
• ADMITTED IN ILLINOIS
^ ADMITTED IN NEW JERSEY
♦ ADMITTED IN CONNECTICUT

April 14, 2025

**VIA ECF FILING**
The Honorable Todd M. Hughes
United States District Judge
J. Caleb Boggs Federal Building
844 King Street, Wilmington, DE 19801-3519

    Re: <u>Cornet et al v. Twitter, Inc.</u>, 23-cv-00441

Dear Judge Hughes:

    I am lead Plaintiffs' counsel in the <u>Cornet v. Twitter</u> case. I am not able to attend the hearing tomorrow at 1:30 p.m. in <u>Cornet</u> and <u>Arnold</u> because I have an in person federal court hearing scheduled for 11:00 a.m. in Springfield, Massachusetts. While my co-counsel, Bradley Manewith, and local counsel, Kate Butler, will be appearing at the hearing in person, I respectfully request permission to appear virtually, either via Zoom or telephone, in order to observe and respond, if needed, to any questions from the Court.

    Thank you for your consideration.

                                                    Respectfully submitted,

                                                  /s/ Shannon Liss-Riordan
                                                  Shannon Liss-Riordan

cc:    All counsel by ECF filing